E-FILED
Thursday, 28 May, 2026  10:18:39 AM
Clerk, U.S. District Court, ILCD



**FILED**
5/27/2026
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Patrick Karpowski**
**190 Yordy Rd, Apt 102**
**Morton, IL 61550**
**Telephone: 309-269-4814**
**Email: lawrecorder@gmail.com**
PATRICK KARPOWSKI, IN PRO PER

## UNITED STATES DISTRICT COURT
## COUNTY OF FOR THE CENTRAL DISTRICT OF ILLINOIS

PATRICK KARPOWSKI

Plaintiffs,

vs.

REDDIT INC., a Delaware corporation
UNKNOWN INDIVIDUAL, Jane Doe

Defendants

Case No.:  26-CV-1226

**COMPLAINT FOR DEFAMATION**

**JURY TRIAL DEMANDED**

## JURISDICTIONAL ALLEGATIONS

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1), which confers original jurisdiction on federal district courts over civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states. Complete diversity of citizenship exists between the parties, and the amount in controversy exceeds the jurisdictional minimum.

2. Plaintiff Patrick Karpowski is a citizen of the State of Illinois, residing at 190 Yordy Rd, Apt 102, Morton, Illinois 61550.

3. Defendant Reddit Inc is a corporation incorporated under the laws of the State of Delaware. Reddit Inc's principal place of business is located at 303 2nd Street, Suite 5,

1

**COMPLAINT FOR DEFAMATION**

San Francisco, California 94107. Under 28 U.S.C. § 1332, a corporation is deemed to be a citizen of every state by which it has been incorporated and of the state where it has its principal place of business. Therefore, Reddit Inc is a citizen of the States of Delaware and California. The principal place of business is determined under the "nerve center" test established by the Supreme Court in Hertz Corp. v. Friend, 559 U.S. 77 (2010), which holds that a corporation's principal place of business is the place where its officers direct, control, and coordinate the corporation's activities.

4. Defendant Unknown Individual, Jane Doe, is believed to be a citizen of the State of Illinois.

5. The amount in controversy in this action exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, as Plaintiff seeks monetary damages of Ninety Thousand Dollars ($90,000.00) for documented business losses and harm to professional reputation, plus injunctive relief requiring removal of the defamatory posting.

## PARTIES AND PERSONAL JURISDICTION

6. Patrick Karpowski is an individual residing in Illinois who works in The Hotel Industry. Plaintiff's professional reputation and livelihood depend upon his standing in the professional community.

7. Reddit Inc is a Delaware corporation with its principal place of business in San Francisco, California. Reddit Inc operates and maintains an online forum and discussion platform known as Reddit, accessible at www.reddit.com, where users can post anonymous or pseudonymous comments and discussions on various topics. Reddit conducts substantial business within the Central District of Illinois and throughout the

2

**COMPLAINT FOR DEFAMATION**

United States through its website, which is accessible to users, including Illinois residents.

8. The true identity of the defendant who posted the defamatory statement is currently unknown to Plaintiff. This defendant is referred to herein as "Unknown Individual" or "Jane Doe." Plaintiff will amend this Complaint to substitute the true name of this defendant once his or her identity is discovered through discovery and subpoena to Reddit Inc and Shreem Capital. Under Fed. R. Civ. P. 15(c)(1)(C), an amendment substituting the proper party relates back to the date of the original pleading when the party to be brought in by amendment received notice of the action and knew or should have known that the action would have been brought against it but for a mistake concerning the proper party's identity.

9. This Court has personal jurisdiction over Defendant Reddit Inc because Reddit Inc conducts substantial business within the Central District of Illinois and throughout the United States through its website, which is accessible to users, including Illinois residents. This Court has personal jurisdiction over Defendant Unknown Individual because the defamatory statement was posted on Reddit's platform, was directed to and accessed by persons in Illinois, including Plaintiff, and caused injury in Illinois.

10. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because Defendants conduct business in the Central District of Illinois, and Plaintiff resides in this District.

## FACTUAL ALLEGATIONS

11. Plaintiff Patrick Karpowski is a General Manager, with expertise in the Hotel field. Plaintiff's professional reputation and ability to secure business opportunities and clients depend on his standing in the Hotel and Hospitality community.

3

**COMPLAINT FOR DEFAMATION**

12. On September 5, 2025, an unknown user posted a defamatory statement on Reddit Inc's website in, which was publicly accessible to all Reddit users.

13. The exact statement posted was is attached and **MARKED EXHIBET A.** This statement was posted without Plaintiff's consent and without any factual basis.

14. This posting was published on Reddit Inc's publicly accessible website, visible to any person who accessed the subreddit or forum. The statement was viewed by numerous third parties, including Marriott International and specifically Shreem Capital dba Marriott Peoria. Under Illinois law, publication occurs when a defamatory statement is communicated to a third person who understands its defamatory meaning and its application to the plaintiff. Internet postings, including those on social media platforms and public forums like Reddit, satisfy the publication requirement.

15. The statement posted was not an opinion or hyperbolic speech, but rather a statement of fact that ["falsely accused Plaintiff of professional misconduct," "falsely stated that Plaintiff engaged in fraud," "falsely claimed that Plaintiff was unqualified to perform his job," etc.]. The statement was presented as a factual assertion about Plaintiff's conduct, abilities, or character.

16. The statement is demonstrably false. Plaintiff has clear documentary evidence establishing that the statement is false, including [e.g., "business records, communications, client testimonies, professional credentials, contracts, and references etc."]. The falsity of the statement can be proven objectively through this documentary evidence.

17. The person who posted the defamatory statement knew, at the time of posting, that the statement was false. Plaintiff has reason to believe the defendant posted this statement with actual knowledge of its falsity and with the intent to harm Plaintiff's

4

**COMPLAINT FOR DEFAMATION**

professional reputation and business interests. At minimum, the defendant lacked reasonable grounds to believe the statement was true and acted with gross negligence or recklessness in posting such a false statement.

18. The defamatory statement impugns Plaintiff's professional abilities, integrity, and fitness to perform his job. Under Illinois law, such statements constitute defamation per se — a category of statements so inherently harmful that injury to reputation is presumed as a matter of law. Illinois recognizes five categories of defamation per se, including words that impute an inability to perform or want of integrity in the discharge of the duties of one's office or employment, and words that prejudice a party or impute a lack of ability in one's trade, profession, or business. When a statement falls within these categories, the plaintiff need not prove actual damages; harm to reputation is presumed.

19. As a direct and proximate result of the defamatory statement, Plaintiff has suffered documented, quantifiable damages. Specifically, Plaintiff lost several job offers and most recently a job offer that was rescinded based on the false slander statements totaling a job salary loss Ninety Thousand Dollars ($90,000.00), calculated as — e.g., "one year's lost income due to inability to secure employment and jobs after the defamatory statement was posted".

21. Plaintiff has identified witnesses who can testify regarding the defamatory statement and its impact on his professional reputation.

22. Plaintiff made a written demand to Reddit Inc requesting that the company remove the defamatory posting and require the anonymous poster to retract the statement. Reddit Inc refused or ignored Plaintiff's retraction demand. [See Attached **MARKED EXHIBET B**]

5

**COMPLAINT FOR DEFAMATION**

23. The defamatory statement remains posted on Reddit Inc's website and is accessible to the public as of the date of this Complaint. The continued publication of the false statement perpetuates harm to Plaintiff's professional reputation and constitutes ongoing actionable defamation. Under Illinois law, the statute of limitations for defamation is one year from the date of first publication pursuant to 735 ILCS 5/13-201 and the Single Publication Rule codified at 740 ILCS 165/1. The defamatory statement was published on September 5, 2025, and this Complaint is filed within the one-year statute of limitations period.

24. Upon filing this Complaint, Defendants will receive notice of this action and Plaintiff's allegations of defamation.

25. Plaintiff is entitled to relief as set forth below.

## COUNT I

## DEFAMATION AGAINST UNKNOWN INDIVIDUAL (JANE DOE)

26. Plaintiff brings this Count against Defendant Unknown Individual for the tort of defamation. Under Illinois law, defamation consists of four essential elements: (1) a false statement of fact made by the defendant; (2) publication of that statement to a third party; (3) fault on the part of the defendant; and (4) damages suffered by the plaintiff. Plaintiff realleges and incorporates by reference all allegations set forth in paragraphs 1 through 25 above.

27. Defendant Unknown Individual made a false statement of fact when posting: "[EXIBET A]." This statement is not an opinion, exaggeration, or hyperbole, but rather

6

**COMPLAINT FOR DEFAMATION**

a factual claim that is demonstrably false. The statement is provably false based on clear documentary evidence in Plaintiff's possession.

28. Defendant published this false statement to numerous third parties by posting it on Reddit Inc's publicly accessible website, where it was viewed by Plaintiff's business associates, clients, and members of his professional community. Publication is satisfied under Illinois law when a defamatory statement is communicated to a third person who understands its defamatory meaning and its application to the plaintiff.

29. Defendant knew the statement was false when posted, or acted with gross negligence or recklessness in posting a statement of such serious falsity without any reasonable basis for believing it to be true. Plaintiff is a private individual, not a public figure. For private figure plaintiffs in Illinois, the fault standard is negligence: the defendant lacked reasonable grounds to believe the statement was true. At minimum, Defendant lacked reasonable grounds for believing the statement was true, satisfying Illinois's negligence standard for private figure defamation claims. Based on the evidence available to Plaintiff, Defendant's conduct exceeds the negligence standard and constitutes knowledge of falsity, gross negligence, or recklessness.

30. As a direct and proximate result of Defendant's defamatory statement, Plaintiff has suffered compensable damages, including: (a) documented employment loss totaling $90,000.00; (b) harm to his professional reputation; (c) loss of business opportunities and clients; (d) emotional distress; and (e) other consequential harm.

31. The statement constitutes defamation per se under Illinois law because it impugns Plaintiff's ability to perform his profession and his integrity in his business dealings. Under Illinois defamation per se doctrine, injury to Plaintiff's reputation is presumed when a statement falls within recognized categories of defamation per se, including

7

**COMPLAINT FOR DEFAMATION**

words that impute an inability to perform or want of integrity in the discharge of the duties of one's office or employment, and words that prejudice a party or impute a lack of ability in one's trade, profession, or business. Plaintiff is entitled to recover presumed damages in addition to documented economic losses.

32. WHEREFORE, Plaintiff demands judgment against Defendant Unknown Individual for compensatory and presumed damages in the amount of Ninety Thousand Dollars ($90,000.00), plus such further damages as may be just and proper, plus costs, and pre- and post-judgment interest.

## COUNT II

## DEFAMATION AGAINST REDDIT INC

## (ALTERNATIVE / SECONDARY CLAIM)

33. In the alternative, Plaintiff alleges that Defendant Reddit Inc is also liable for the defamatory statement posted on its website. Reddit Inc's website serves as the medium for publication of the defamatory statement, and Reddit Inc exercises editorial control over user-posted content through its content policies and moderation practices. Plaintiff realleges and incorporates by reference all allegations set forth in paragraphs 1 through 25 above.

34. By maintaining the Reddit platform and allowing this defamatory statement to remain posted and accessible to the public despite Plaintiff's retraction demand, Reddit Inc has participated in the publication and perpetuation of the defamatory statement. Reddit Inc refused or ignored Plaintiff's demand to remove the false statement, thereby continuing to publish the defamatory content.

8

**COMPLAINT FOR DEFAMATION**

35. Plaintiff acknowledges that Defendant Reddit Inc will likely assert immunity under 47 U.S.C. § 230(c)(1), the Communications Decency Act, which provides that "[n]o provider or user of an interactive computer service shall be treated as the publisher or speaker of any information provided by another information content provider." Courts have broadly interpreted this provision to immunize internet platforms from defamation claims based on third-party content. However, Plaintiff includes this Count to preserve claims and develop a record. Section 230 immunity does not apply if Reddit Inc itself created, edited, or substantially modified the defamatory statement, or if other exceptions to immunity apply. The viable primary claim is against the anonymous poster (Defendant Unknown Individual) once identified through discovery.

36. WHEREFORE, in the alternative, Plaintiff demands judgment against Defendant Reddit Inc for compensatory and presumed damages in the amount of Ninety Thousand Dollars ($90,000.00), plus injunctive relief requiring the immediate and permanent removal of the defamatory posting, plus costs.

## PRAYER FOR INJUNCTIVE RELIEF

37. Plaintiff requests that this Court grant a preliminary injunction pursuant to Federal Rule of Civil Procedure 65, requiring Defendants to immediately remove the defamatory statement from Reddit Inc's website and take all necessary steps to prevent its further publication or reposting.

38. Plaintiff satisfies the four-part test for preliminary injunctive relief established by the Supreme Court in Winter v. Nat. Res. Def. Council, Inc., 555 U.S. 7 (2008). Under Winter, a plaintiff must demonstrate: (1) likelihood of success on the merits; (2) irreparable injury absent an injunction; (3) that the balance of equities tips in the

9

COMPLAINT FOR DEFAMATION

plaintiff's favor; and (4) that the public interest is not disserved by the injunction. Plaintiff is likely to succeed on the merits of the defamation claim because the statement is demonstrably false and made with knowledge of its falsity. Plaintiff will suffer irreparable injury if the defamatory statement remains publicly accessible, as monetary damages alone are inadequate to compensate for ongoing harm to professional reputation. The balance of equities favors Plaintiff because Defendants' interest in maintaining false statements is minimal compared to the harm caused to Plaintiff. The public interest is served by removing false statements that harm individuals. However, Plaintiff recognizes that injunctions against speech face constitutional scrutiny under the First Amendment prior restraint doctrine established in Near v. Minnesota, 283 U.S. 697 (1931), which subjects prior restraints on speech to a heavy presumption against constitutional validity. The fact that the statement is false and made with knowledge of falsity supports overcoming this presumption.

39. Upon final judgment, Plaintiff requests that this Court grant a permanent injunction requiring Defendants to permanently remove the defamatory statement and to refrain from posting, republishing, or causing to be posted any similar false statements about Plaintiff.

40. Plaintiff further requests such other and further relief as this Court deems just, proper, and equitable under the circumstances.

**COMPLAINT FOR DEFAMATION**

Respectfully submitted,

Dated: May 28th, 2026



Patrick Karpowski, Pro Se

190 Yordy Rd, Apt 102

Morton, IL 61550

Phone: 309-269-4814

Email: lawrecorder@gmail.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on [May 28th, 2026] in Morton, Illinois.

11

**COMPLAINT FOR DEFAMATION**

# EXHIBET A

Dear Valued Marriot Guest

We, the employees, need help. From the employees that are left, we are very sorry about what's going on. The new GM Patrick Kapowski is terrible at his job. He is not a people person. Patrick Kapowski lies to the staff, abuses the staff, talks down the staff, blames his mistakes on the staff, and finally yells and screams at the staff in front of the valued Marriott family, all because Patrick is a little man. Patrick loves talking down to his woman staff members because it makes him feel big. Patrick Kapowski the GM will let his kitchen girl live in the hotel for free. 2 months and counting. The kitchen girl is allowed to get away with anything she wants. She has been caught sleeping on the job, stealing food from the Market, that raises the cost onto you, the valued Marriot family member. It makes us employee wonder why she can do what she pleases and get away with it. Makes us think something is going on between then. Patrick Kapowski an older man giving a young woman a room for 2 months, FREE. As an employee, we don't order our food from here because the kitchen is so filthy. If the health department came in, it would be closed down, in a heartbeat. Patrick Kapowski is claiming he went to Paris France and trained as a chef, but to this day no certificate is hanging on the wall. Patrick Kapowski has the computer system so messed up, people are still getting charge when they check out already. Housekeeping is walking in occupied rooms, but on the list the room is supposed to be vacant. Front desk not checking people in right. Key cards and keys are coming up missing. With Patrick, homeless people probably have them. Patrick has let bums sneak in and they got a free room for weeks. Please check your statement also. If you discuss problems on the phone with Patrick, you will be on the speaker phone so Patrick and AK the assistant manager, will call you a lair, mute the speaker, make fun of you and laugh about the problem. They don't order the supplies we need. Without the supplies, we can't perform our job. Then you the value guest, take your anger out on us staff members. Every department is lacking everything. Some cleaning supplies are being bought by us, the employees with our own money so we don't feel like we failed. Patrick Kapowski is hiring new people in, paying them more then seasoned employees. Patrick Kapowski is the biggest joke here. Patrick Kapowski has been here for maybe 2 months. We have over a dozen people quit because of Patrick. Over a dozen quit because of 1 person. Please feel free to call our so-called vice president Steve Natale at 779-260-5141 or email snatale@prohosp.com to help us. Please go to the corporate Marriott website and post this letter.

## Please Post on Facebook to help draw nation wide attention.

## Please remember we the staff are trying.

## Patrick Kapowski is the reason we are failing. Please help.

# EXHIBET B

April 9, 2026

Patrick Karpowski
190 Yordy Rd, Apt 102
Morton, Illinois 61550
231-709-3046
lawschool1218@gmail.com


**TO:**
**Reddit Inc**
**2710 Gateway Oaks Drive, Suite 150N**
**San Francisco, California 95833**


# NOTICE TO CEASE AND DESIST & INTENT


**RE:** Cease and Desist from Harassment

Dear Reddit ,

The purpose of this letter is to serve **NOTICE TO CEASE & DESIST** and remove the attached slander posting on your website within 14days of this Notice, or we will be moving forward with a Federal Lawsuit in the U.S. District Court, for the Central District of Illinois seeking $275,000 in damage related to slander and defamation of character and violation of our civil rights.

The attached posting was posted by "terminated" employee's on or about September 5th, 2025 and is complete slander and does nothing more than harass Mr. Karpowski, in addition it has also caused him his job and several other positions. Such conduct has caused me to suffer severe humiliation, embarrassment, emotional distress, and physical discomfort to myself and my family.

Further, this posting is also part of a current Police investigation with the Peoria Police Department. The case number is 25-14454.

Numerous messages have been sent to Reddit to remove this item with NO response or action from Reddit, in addition a third party was also hired to reach out to have this removed with no response.

Based on these actions, we believe Reddit allows the posting of slander and condones these postings which are completely frivolous and has no intentions of removal and continues to cause Mr. Karpowski harm.

There-fore, if the postings are not removed or communication is not received within 14 days of this notice, we will be moving forward with a lawsuit in US Federal Court for Violations of Civil Rights and Slander and Defamation of Character seeking $275,000 damages.

I demand that you cease and desist from this activity as soon as possible and, in any event, within 14 days from your receipt of this letter. If you do not take action to cease and desist within the given time frame, I will have no choice but to take appropriate legal action against you.

Sincerely,

_____

Patrick Karpowski
 Enclosure:
Posting on Reddit