E-FILED
Tuesday, 23 June, 2026 08:41:09 PM
Clerk, U.S. District Court, ILCD

Benjamin S. Thomassen (Illinois Bar No.6307169)
Ben.Thomassen@zwillgen.com
ZWILLGEN PLLC
1 North LaSalle Street, Suite 4600
Chicago, IL 60602
Phone: (202) 706-5266

*Attorney for Defendant*
*Reddit Inc.*

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| PATRICK KARPOWSKI,<br><br>       Plaintiff,<br><br>v.<br><br>REDDIT INC., a Delaware Corporation, and UNKNOWN INDIVIDUALS,<br><br>       Defendants. | **DEFENDANT REDDIT, INC.'S MOTION FOR OPPORTUNITY TO RESPOND TO PLAINTIFF'S *EX PARTE* MOTION AND FOR SCHEDULING RELIEF**<br><br>Case No. 1:26-cv-01226-MMM-RLH<br><br>District Judge: Hon. Michael M. Mihm<br>Magistrate Judge: Hon. Ronald L. Hanna |

**INTRODUCTION**

Defendant Reddit, Inc. ("Reddit"), by and through its undersigned counsel, respectfully moves this Court under Federal Rule of Civil Procedure 7(b), Central District of Illinois Local Rule 7.1, and the Court's inherent authority to manage its docket and the proceedings before it, for an opportunity to respond to Plaintiff's *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction (ECF 9) and supporting memorandum (ECF 10) (collectively, the "Motion"), and requests limited scheduling relief regarding the sequence in which the pending motions are addressed.

Plaintiff has not established a basis to proceed *ex parte* against Reddit, and the efficiency considerations adopted by this Court in its prior scheduling order (*see* ECF 20) also favor extending Reddit's deadline to respond substantively to these filings.

**BACKGROUND**

Plaintiff filed an *ex parte* motion and memorandum for a temporary restraining order and preliminary injunction against Reddit and anonymous defendants, which are not visible or available to other parties or counsel, on or about June 8, 2026, although they are dated May 31, 2026. *See* ECF 9 and 10. He argues that he is entitled to proceed *ex parte* because Reddit was "notified of Plaintiff's objections" through a cease and desist letter such that "further notice would be futile." ECF 9 at 4. He claims that "[t]here is a substantial risk that if Defendant receives formal notice of this legal proceeding before the Court can act," it "may delete or obscure the defamatory posts, remove accounts, manipulate account information, or otherwise destroy critical evidence[.]" *Id*. Reddit's counsel obtained Plaintiff's *ex parte* filings from Plaintiff via email. *See* Declaration of Benjamin Thomassen ("Thomassen Decl."), ¶ 2. Reddit is preserving potentially responsive data for the pendency of this litigation. *See id.* ¶ 4.

1

**ARGUMENT**

1. **Plaintiff has not met his burden to proceed *ex parte* against Reddit.**

Plaintiff fails to clear the extraordinarily high bar for proceeding *ex parte* in seeking injunctive relief. The "extraordinary and drastic remedy" of injunctive relief is "made even more so when it is sought without providing notice to the other side." *Eicher Motors Ltd. v. P'ships & Unincorporated Ass'ns Identified on Schedule "A"*, 794 F. Supp. 3d 543, 549 (N.D. Ill. 2025) (citing *Goodman v. Illinois Dep't of Fin. & Pro. Regul.*, 430 F.3d 432, 437 (7th Cir. 2005)); *Am. Can Co. v. Mansukhani*, 742 F.2d 314, 323 (7th Cir. 1984) ("[A]n ex parte order is justified only if there is no less drastic means for protecting the plaintiff's interests."). That's because the *ex parte* posture represents a significant departure from the general rule in favor of adversarial proceedings and public access to the courts. *See, e.g., Granny Goose Foods, Inc. v. Bhd. of Teamsters & Auto Truck Drivers*, 415 U.S. 423, 439 (1974) ("[O]ur entire jurisprudence runs counter to the notion of court action taken before reasonable notice and an opportunity to be heard has been granted both sides of a dispute.").

 Litigants must therefore provide specific, detailed support for requests to seek injunctive relief on an *ex parte* basis. *See Am. Can*, 742 F.2d at 321 (district court abused its discretion by "disregarding the strict procedural requirements of Fed. R. Civ. P. 65(b) for the issuance of such *ex parte* orders" because, even though the Federal Rules contemplate their issuance, "*the circumstances in which an ex parte order should be granted are extremely limited*") (emphasis added). Under Federal Rule of Civil Procedure 65(b), a court may issue an injunction without written or oral notice to the adverse party or its attorney *only* if:

> (A) **specific facts** in an affidavit or a verified complaint **clearly show that immediate and irreparable injury, loss, or damage will result** to the movant before the adverse party can be heard in opposition; and

2

(B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

Fed. R. Civ. P. 65(b)(1) (emphasis added); *see* ECF 9 at 4 (agreeing that Rule 65(b) applies).

The Seventh Circuit has long recognized that in practice, there is only "a very narrow band of cases in which *ex parte* orders are proper because notice to the defendant would render fruitless the further prosecution of the action." *Am. Can.*, 742 F.2d at 321-22. To fall within that narrow band, a plaintiff must demonstrate that "defendants would have disregarded a clear and direct order from the court to preserve" evidence for a short period of time until the Court could hold a hearing on the merits. *Id.* at 323 (district court erred in granting *ex parte* relief where plaintiff did not make such a showing).

Plaintiff made no such showing here. Notwithstanding the substance of Plaintiff's request for injunctive relief, which Reddit fully disputes, Plaintiff's own allegations do not show a "clear[]" likelihood of "immediate and irreparable injury, loss or damage." Fed. R. Civ. P. 65(b)(1)(A). Plaintiff speculates that if Reddit had notice and the opportunity to participate, it would manipulate or destroy evidence, either on its own or by "coordinat[ing]" with the anonymous author(s), but he identifies no facts supporting this conclusory statement. *See* ECF 9 at 4. Nor does the timing of Plaintiff's actions reflect an emergency situation mandating *ex parte* relief. By Plaintiff's own account, over eight months have passed since the challenged post, which he claims is available at

https://www.reddit.com/r/marriott/comments/1n8rx4c/note_from_employees_on_car/, was published on September 5, 2025; he did not send Reddit a cease-and-desist letter until April 9, 2026, did not file this action until May 27, 2026, and only sought injunctive relief weeks after

3

that.[1] *See id.* at 3, 5; ECF 1; Thomassen Decl., ¶ 3. Moreover, Reddit is preserving, and will continue to preserve, potentially responsive information. *See* Thomassen Decl., ¶ 4. And Plaintiff himself forwarded the *ex parte* filings upon request of Reddit's counsel, undermining any contention that notice to Reddit would defeat the purpose of the sought injunction. *See id.* ¶ 2.

Further, Plaintiff did not make any attempt to provide notice of his motion for injunctive relief. *See* Fed. R. Civ. P. 65(b)(1)(B). To the extent he attempts to rely on the cease and desist letter he sent to Reddit as satisfying this requirement, that letter makes no notice of an intent to seek injunctive relief of any kind, only of an intent to file a lawsuit. *See* ECF 9 at 32. This failure alone "necessitates denial of an *ex parte* TRO request." *Eicher Motors Ltd.*, 794 F. Supp. 3d at 551 (collecting cases).

Accordingly, Plaintiff has not provided any basis to justify an "extraordinary departure" from the "default[] . . . principles of transparency and notice." *Id.* at 550. The Motion should not proceed *ex parte*, and Reddit should be afforded an opportunity to respond substantively before the Court issues any order.

## 2. Efficiency considerations promote first addressing Plaintiff's request for pre-suit discovery.

Additionally, efficiency and judicial economy considerations support first resolving Plaintiff's Motion for Leave to Conduct Pre-Service Discovery (ECF 12) and *then* addressing Plaintiff's request for injunctive relief as to Reddit. As the Court already recognized in its June 22, 2026 scheduling order "its ruling on Plaintiff's motion for pre-suit discovery may affect the substance of Reddit's response" to the Complaint. ECF 20.

---

[1] Plaintiff only identified the URL of the challenged post to Reddit's counsel on June 22, 2026; it was not alleged in the Complaint or any pre-litigation correspondence. *See* Thomassen Decl., ¶ 3.

The allegations underlying Plaintiff's Motion largely mirror the allegations in the Complaint. *Compare* ECF 1 *with* ECF 9. Any response to the Motion would therefore implicate the same merits issues raised by the Complaint. *See* ECF 16-1 ¶ 4 (Plaintiff's filings "implicate numerous substantive legal issues related to the application of the First Amendment, the Federal Stored Communications Act . . . and the Communications Decency Act"). But Plaintiff has acknowledged that his primary claims are directed at the anonymous speakers rather than Reddit. *See* ECF No. 1 ¶ 35. And Reddit is preserving potentially responsive information. *See* Thomassen Decl. ¶ 4. Accordingly, sequencing Reddit's deadline to respond to the Motion until after the Court resolves Plaintiff's request for pre-suit discovery may narrow or streamline the issues that need to be addressed as to Reddit, a more efficient use of the Court's and the parties' time and resources, without prejudicing Plaintiff.

Additionally, while sequencing Reddit's deadline to respond to the Motion would not necessarily alter the rights, obligations, or deadlines applicable to the anonymous defendants, as a practical matter the sequencing Reddit proposes comports with and flows from the Court's existing scheduling order. That order sets July 27, 2026 as Reddit's deadline to respond to Plaintiff's motion for pre-service discovery, and Plaintiff presumably needs to identify the anonymous speakers before any injunctive relief against them could realistically have any practical effect. *See* ECF 20. More, if the Court *does* conclude there is a basis to issue an *ex parte* order against the anonymous author(s) before they are identified, nothing in Reddit's request would prevent it—and the status quo as to their identity would simply be in place.[2]

## CONCLUSION

For the foregoing reasons, Reddit respectfully requests that the Court enter an order:

---

[2] To the extent the Court is inclined to act on Plaintiff's request for a temporary restraining order on any expedited basis, Reddit still requests an opportunity to respond before an order is entered.

a.  Providing that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction shall not proceed *ex parte* as to Reddit, and that no relief directed at Reddit shall be entered unless and until Reddit has been afforded notice and an opportunity to be heard; and

b.  Setting Reddit's deadline to respond to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction at thirty (30) days after the Court enters an order resolving Plaintiff's Motion for Leave to Conduct Pre-Service Discovery, or on such other schedule as the Court deems just and appropriate.

Nothing in this motion is intended as, and Reddit does not waive, any defense, objection, or argument otherwise available to it, all of which are expressly reserved.

Dated: June 23, 2026                    Respectfully submitted,


**ZWILLGEN PLLC**

By: s/ Benjamin S. Thomassen
    Benjamin Thomassen (Illinois Bar No. 6307169)
    Ben.Thomassen@zwillgen.com
    1 North LaSalle Street, Suite 4600
    Chicago, IL 60602
    Phone: (202) 706-5266

    *Attorney for Defendant*
    *Reddit Inc.*

6

**CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys of record herein, hereby certifies that on June _,

2026, the foregoing Defendant Reddit, Inc.'s **MOTION FOR OPPORTUNITY TO RESPOND**

**TO PLAINTIFF'S *EX PARTE* MOTION AND FOR SCHEDULING RELIEF** was

electronically filed with the Clerk of the U.S. District Court for the Central District of Illinois using

the CM/ECF System, which will send notification of such filing to the following:

Patrick Karpowski, Pro Se
190 Yordy Rd, Apt 102
Morton, IL 61550
Phone: (309) 269-4814
Email: lawrecorder@gmail.com

Date: June 23, 2026

s/ Benjamin S. Thomassen
Benjamin S. Thomassen (Illinois Bar No. 6307169)
Ben.Thomassen@zwillgen.com
ZWILLGEN PLLC
1 North LaSalle Street, Suite 4600
Chicago, IL 60602
Phone: (202) 706-5266

*Attorney for Defendant*
*Reddit Inc.*

7