E-FILED
Thursday, 20 August, 2026 04:57:38 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| PATRICK KARPOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 1:26-cv-1226 |
| REDDIT INC., JANE DOE, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Now before the Court is [31] Defendant Reddit Inc.'s ("Reddit") Motion to Dismiss. Alongside that Motion are Plaintiff Patrick Karpowski's five Motions: [29] Motion for Preliminary Injunction; [48] Motion to Expedite Preliminary Injunction and his [52] Motion for Status Conference; [56] Motion to Stay[1]; [57] Motion to Expedite and [61] Motion for Leave to Appeal in forma pauperis.

At the outset, the Court notes that Plaintiff has filed a Notice to Withdraw his [57] Motion to Expedite and his [56] Motion to Stay. Thus, the Court is DIRECTED to remove those Motions as pending from the docket. Plaintiff has also filed a Notice of Dismissal of Appeal. D. 64. In light of this Notice, the Court DENIES Plaintiff's [61] Motion for Leave to Appeal in forma pauperis as MOOT.

---

[1] Plaintiff's Motion to Stay is based on his interlocutory appeal of this Court's denial of his motion to expedite its consideration of his motion for preliminary injunction. D. 56; *see also* Text Order on 07/23/2-26. Plaintiff subsequently filed a Notice to Withdraw his Motion to Expedite and his Motion to Stay as well as his underlying appeal. D. 63, D. 64. Even absent Plaintiff's withdrawal, interlocutory appeals only divest "the district court of its control over those aspects of the case involved in the appeal." *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 740 (2023). Even if Plaintiff's withdrawal was not effective, the pending appeal does not pertain to the merits of the case and so the Court retains jurisdiction to enter this Order. *See Kilty v. Weyerhaeuser Co.*, 758 F. App'x 530, 532 (7th Cir. 2019) ("[D]espite an interlocutory appeal, a district court can retain jurisdiction to decide the merits of a case *and* that the merits decision can moot the interlocutory appeal.").

For the reasons stated below, Reddit's [31] Motion to Dismiss is GRANTED. Plaintiff's [29] Motion for Preliminary Injunction; [48] Motion to Expedite Preliminary Injunction and his [52] Motion for Status Conference are DENIED as MOOT.

## I. LEGAL STANDARDS[2]

Federal courts are courts of limited jurisdiction. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). Thus, "[c]ourts have an independent obligation to determine whether subject-matter jurisdiction exists, even when no party challenges it." *Hertz Corp. v. Friend*, 559 U.S. 77, 94 (2010). A federal court has authority to hear a case under either its federal question jurisdiction or its diversity jurisdiction. *Arbaugh v. Y&H Corp.*, 546 U.S. 500, 513 (2006). Pursuant to 28 U.S.C. § 1331, federal question jurisdiction exists when the plaintiff asserts a claim "arising under" the laws of the United States or the Constitution. Commonly referred to as the "well-pleaded complaint rule," federal question jurisdiction "exists only when a federal question is presented on face of the plaintiff's properly pleaded complaint." *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987). Thus, a court has federal question jurisdiction "only when the claim for relief depends in some way on federal law, unaided by anything alleged in anticipation or avoidance of defenses which it is thought the defendant may interpose." *Vorhees v. Naper Aero Club, Inc.*, 272 F.3d 398, 402 (7th Cir. 2001) (internal quotations and citations omitted).

Alternatively, a federal court also has jurisdiction over cases in which there is complete diversity and the amount in controversy exceeds $75,000. *Arbaugh*, 546 U.S. at 513 (citing 28 U.S.C. § 1332(a)). Complete diversity exists where no plaintiff or defendant are citizens of the same state. *Page v. Democratic Nat'l Comm.*, 2 F.4th 630, 636 (7th Cir. 2021). When a party is a corporation, it is a citizen of its "state of incorporation and the state where it maintains its principal

[2] Given that the Court is dismissing the case for lack of subject matter jurisdiction, it will not summarize the factual allegations provided in the Amended Complaint. D. 25.

place of business." *See Qin v. Deslongchamps*, 31 F.4th 576, 579 (7th Cir. 2022). The party invoking diversity jurisdiction has the burden of proving its existence. *Dalton v. Teva N. Am.*, 891 F.3d 687, 690 (7th Cir. 2018).

## II. DISCUSSION

Plaintiff alleges that this Court has both federal question jurisdiction and diversity jurisdiction over the present action. For the reasons below, the Court disagrees.

### A. Federal Question Jurisdiction

Plaintiff's Amended Complaint alleges this Court has federal question jurisdiction over the present action. D. 25 at 2. Counts IV and V are the only two claims that reference a federal statute, alleging that Reddit violated 47 U.S.C. § 230 by amplifying an allegedly defamatory post through its algorithm (Count IV) and engaging in bad faith conduct (Count V). But § 230 does not provide a cause of action for either Count. The mere reference to a federal statute is insufficient to satisfy the well-pleaded complaint rule. *See Vorhees*, 272 F.3d at 402. Though Reddit relied on § 230 significantly in its Motion to Dismiss, an affirmative defense based on federal law is insufficient to convey subject matter jurisdiction. *See Vaden v. Discover Bank*, 556 U.S. 49, 60 (2009) ("Federal jurisdiction cannot be predicated on an actual or anticipated defense[.]").

Thus, Plaintiff has failed to adequately allege federal question jurisdiction.

### B. Diversity Jurisdiction

Plaintiff also claims that this Court has subject matter jurisdiction under diversity jurisdiction. *See* 28 U.S.C. § 1332(a). In doing so, he alleges that he is a citizen of Illinois, Reddit is a citizen of Delaware and California, and Jane Doe "is believed to be a citizen of the State of Illinois." D. 25 at 1. Plaintiff further contends that the amount in controversy exceeds $75,000 given that he is seeking monetary damages of $90,000. *Id*. at 2.

As discussed, a court's diversity jurisdiction depends on complete diversity of citizenship between the parties. In regard to Plaintiff and Reddit, diversity has been established. However, Jane Doe requires greater discussion. "Because the prerequisites for diversity jurisdiction must be proved and not presumed, John Doe defendants are ordinarily forbidden in federal diversity suits." *See Pain Ctr. of SE Indiana LLC v. Origin Healthcare Sols. LLC*, 893 F.3d 454, 459 (7th Cir. 2018) (citing *Howell ex rel. Goerdt v. Tribue Entm't Co.*, 106 F.3d 215, 218 (7th Cir. 1997)). An exception to this rule allows a court to exercise jurisdiction where the John Does serve as placeholders "in the event that during discovery [the plaintiff] idenitifie[s] any additional defendants he wishe[s] to add to the suit[.]" *Id*. (quoting *Moore v. Gen. Motors Pension Plans*, 91 F.3d 848, 850 (7th Cir. 1996)).

Here, Plaintiff cannot leverage this exception. Jane Doe is more than a mere placeholder as Plaintiff's entire claim rests on the existence and conduct of this anonymous individual. Her significance in this case is evident from Plaintiff's recent motion for leave to engage in early discovery to identify Jane Doe. D. 37; *see also* Text Order on 07/28/2026 (granting early discovery for this limited purpose). Thus, Jane Doe is not a mere nominal party "whose addition was a mere gesture" and her presence cannot be disregarded for purposes of diversity jurisdiction. *See U.S. Fire Ins. Co. v. Charter Fin. Grp., Inc.*, 851 F.2d 957, 963 n. 3 (7th Cir. 1988) (finding the citizenship of John Doe defendants irrelevant where plaintiff did not seek relief against those defendants and they had no legal interest in the action); *see also Holz v. Terre Haute Reg'l Hosp.*, 123 F. App'x 712, at *1 (7th Cir. 2005) ('[B]y naming Nurse Doe as a defendant, Holz defeated diversity jurisdiction because the existence of diversity jurisdiction cannot be determined without knowledge of every defendant's place of citizenship.") (internal quotations and citations omitted). Though the Court could provide Plaintiff leave to amend to include the identity and citizenship of

Jane Doe, doing so would be futile as Plaintiff believes that Jane Doe, like him, is a citizen of Illinois.

Thus, for the above reasons, Plaintiff has failed to plead diversity jurisdiction.

## I. LEAVE TO AMEND

A court's granting of a motion to dismiss operates as an adjudication on the merits and so, the dismissal is typically with prejudice unless otherwise specified. *Ryder v. Hyles*, 27 F.4th 1253, 1257-58 (7th Cir. 2022). The Seventh Circuit Court of Appeals has repeatedly held that a plaintiff shall be given at least one opportunity to amend her Complaint before the entire action is dismissed. *See Runnion ex rel. Runnion v. Girl Scouts of Greater Chicago & Nw. Indiana*, 786 F.3d 510, 519 (7th Cir. 2015) (collecting cases); *see also* Fed. R. Civ. P 15(a) ("The Court should freely give leave [to amend] when justice so requires."). As the Court noted above, Plaintiff alleges that Jane Doe is a citizen of Illinois and any future amended pleading would not be able to state diversity jurisdiction. Thus, any amendment of Plaintiff's claims against Jane Doe would be futile. However, Plaintiff may attempt to state a claim against Reddit, for which diversity citizenship does exist. If he chooses to do so, Plaintiff must file a Second Amended Complaint against Reddit within twenty-one (21) days of this Order.

## II. CONCLUSION

For the above reasons, Defendant's [31] Motion to Dismiss is GRANTED. Plaintiff's Complaint is DISMISSED without prejudice.. Plaintiff's remaining Motions are DENIED as MOOT. Plaintiff is given leave to file an amended complaint against Reddit within twenty-one (21) days of entry of this Order. Failure to amend in accordance with this Order will result in dismissal of the case with prejudice.

Entered on August 20, 2026.

s/Michael M. Mihm
Michael M. Mihm
United States District Judge