E-FILED
Monday, 24 August, 2026 08:31:06 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF ILLINOIS**

PATRICK KARPOWSKI,

Plaintiff,

v. Case No. 1:26-cv-01226-MMM-RLH

REDDIT INC., a Delaware Corporation,

Defendant.

**SECOND AMENDED COMPLAINT**

Plaintiff Patrick Karpowski, complaining of Defendant Reddit Inc., alleges as follows:

**PARTIES**

**1.** Plaintiff Patrick Karpowski is a citizen of the State of Illinois, residing at 190 Yordy Road, Apartment 102, Morton, Illinois 61550.

**2.** Defendant Reddit Inc. is a corporation incorporated under the laws of the State of Delaware.

**3.** Defendant Reddit Inc.'s principal place of business is located at 303 2nd Street, Suite 5, San Francisco, California 94107.

**4.** A corporation is deemed to be a citizen of every state by which it has been incorporated and of the state where it has its principal place of business. 28 USCS § 1332. Therefore, Defendant Reddit Inc. is a citizen of the States of Delaware and California.

**JURISDICTION AND VENUE**

**5.** This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1), which confers original jurisdiction over civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states. 28 USCS § 1332.

**6.** Complete diversity of citizenship exists between the parties. Plaintiff is a citizen of Illinois. Reddit is a citizen of Delaware and California. No plaintiff and no defendant share citizenship in the same state.

**7.** The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs. Plaintiff seeks monetary damages in excess of Eight Hundred Fifty Thousand Dollars ($850,000.00), including documented employment losses, damages for severe harm to professional reputation, emotional distress, pain and suffering, plus punitive damages, injunctive relief, pre-judgment and post-judgment interest, costs, and attorney's fees.

**8.** This Court has personal jurisdiction over Reddit because Reddit conducts substantial business within the Central District of Illinois and throughout the United States through its website and mobile applications, which are accessible to and used by Illinois residents, including Plaintiff.

**9.** Reddit operates and maintains an online forum and discussion platform known as Reddit, accessible at www.reddit.com and through mobile applications, where users can post content and engage in discussions on various topics.

**10.** Reddit purposefully avails itself of the privilege of conducting activities in Illinois by operating an interactive website and mobile applications accessible to Illinois residents, including Plaintiff, by hosting content that is directed to and accessed by persons in Illinois, by deriving advertising revenue from Illinois users, and by algorithmically recommending content to Illinois users.

**11.** Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims occurred in the Central District of Illinois, where Plaintiff resides, where Plaintiff accessed Reddit's platform, where the algorithmic recommendation system distributed the defamatory content to Plaintiff and third parties in Illinois, and where the injury was suffered. 28 USCS § 1391.

**12.** Venue is also proper pursuant to 28 U.S.C. § 1391(b)(1) because Reddit conducts business in this District through its operation of an interactive website and mobile applications accessible to residents of this District. 28 USCS § 1391.

## FACTUAL ALLEGATIONS

***Background on Plaintiff and His Professional Reputation***

**13.** Plaintiff Patrick Karpowski is an Area General Manager with expertise in the hotel and hospitality field, with experience managing multiple hotels simultaneously.

**14.** Plaintiff's professional reputation and ability to secure employment opportunities in the hospitality industry depend critically on his standing in the hotel and hospitality community and the absence of negative information about his professional conduct available to prospective employers.

**15.** Prospective employers in the hospitality industry routinely conduct internet searches of job candidates' names to assess their professional reputation and suitability for employment.

***Reddit's Commercial Platform Product***

**16.** Reddit designs, develops, manufactures, distributes, and operates a social media platform as a commercial product offered to the public for use.

**17.** Reddit's platform is a product that consists of integrated hardware and software components, including software code, user interfaces, algorithmic recommendation systems, engagement-maximizing design features, content moderation tools, reporting mechanisms, notification systems, infinite scroll functionality, and other design elements integrated into a functional whole.

**18.** Reddit's platform product is designed to maximize user engagement and time spent on the platform in order to generate advertising revenue and increase Reddit's commercial value.

**19.** Reddit generates revenue primarily through advertising. The more time users spend on Reddit's platform and the more content users view, the more advertising revenue Reddit generates.

**20.** To maximize user engagement and advertising revenue, Reddit designed its platform with features specifically intended to capture and retain user attention, including algorithmic content recommendation systems, infinite scroll functionality, personalized content feeds, and notification systems.

**21.** These design elements are Reddit's own first-party product features, created and controlled by Reddit independently of any third-party user content posted on the platform.

Reddit's Algorithmic Content Recommendation and Amplification System

**22.** Reddit operates a sophisticated algorithmic content recommendation and amplification system that selects, curates, ranks, and displays third-party content to users based on predicted user engagement, user preferences, content characteristics, and other algorithmic criteria.

**23.** Reddit's algorithm is not a neutral, chronological display of content. Rather, the algorithm actively makes editorial decisions about which content to display to which users, in what order, and with what prominence.

**24.** Reddit's algorithm analyzes user behavior, including which posts users view, upvote, downvote, comment on, and spend time reading, to predict which content will generate the highest engagement from each individual user.

**25.** Reddit's algorithm is specifically designed and programmed to maximize user engagement by identifying and promoting content that is likely to generate strong emotional reactions, controversy, or extended viewing time.

**26.** Content that generates controversy, outrage, or strong negative emotions typically receives higher engagement than neutral or positive content.

**27.** Reddit's algorithm is designed to identify such high-engagement content and amplify its distribution by displaying it more prominently, showing it to more users, and featuring it on users' personalized home feeds and popular feeds.

**28.** Reddit's algorithm determines which posts appear on each user's personalized home feed, which posts appear on the platform-wide popular feed, which posts are sent to users via notifications, and the order in which posts are displayed.

**29.** Reddit's algorithm operates continuously and automatically, without human review of individual content distribution decisions, to select and amplify content across Reddit's platform.

**30.** Reddit designed, programmed, deployed, and continuously operates the algorithm as a core feature of its commercial platform product.

***The Subreddit and Unauthorized Use of Marriott International's Trademark***

**31.** Reddit hosts a subreddit designated as r/Marriott, which serves as an online forum for discussion purportedly related to Marriott Hotels.

**32.** The subreddit is utilized by various users, including individuals claiming to be employees and guests of Marriott Hotels, to post information, complaints, and accusations concerning Marriott International and its properties.

**33.** The subreddit displays and uses Marriott International's current corporate logo and trademark without authorization from Marriott International.

**34.** The unauthorized use of Marriott International's logo on the subreddit creates the false impression among users that the subreddit is an official Marriott International website or has been approved or endorsed by Marriott International.

**35.** Content posted on the subreddit includes employee complaints, guest complaints, and accusations of misconduct against Marriott International employees, including Plaintiff.

***The Defamatory Statement***

**36.** On or about September 5, 2025, an unknown user posted a statement on the subreddit that was false and defamatory regarding Plaintiff.

**37.** The defamatory statement reads, in relevant part: "The new GM Patrick Kapowski is terrible at his job. He is not a people person. Patrick Kapowski lies to the staff, abuses the staff, talks down the staff, blames his mistakes on the staff, and finally yells and screams at the staff in front of The valued Marriott family, all because Patrick is a little, man. Patrick loves talking down to his woman staff members because it makes him feel big."

**38.** The defamatory statement further states: "Patrick Kapowski the GM will let his kitchen girl live in the hotel for free. 2 months and counting. The kitchen girl is allowed to get away with anything she wants. She has been caught sleeping on the job, stealing food from the Market, that raises the cost onto you, the valued Marriot family member. It makes us employee wonder why she can do what she pleases and get away with it. Makes us think something is going on between then. Patrick Kapowski an older man giving a young woman a room for 2 months, FREE."

**39.** The defamatory statement additionally alleges: "As an employee, we don't order our food from here because the kitchen is so filthy. If the health department came in, it would be closed down, in a heartbeat. Patrick Kapowski is claiming he went to Paris France and trained as a chef, but to this day no certificate is hanging on the wall."

**40.** The defamatory statement also claims: "Patrick Kapowski has the computer system so messed up, people are still getting charge when they check out already. Housekeeping is walking in occupied rooms, but on the list the room is supposed to be vacant. Front desk not checking people In right. Key cards and keys are coming up missing. With Patrick, homeless people probably have them. Patrick has let bums sneak in and they got a free room for weeks."

**41.** The defamatory statement further alleges: "[I]f you discuss problems on the phone with Patrick, you will be on the speaker phone so Patrick and AK the assistant manager, will call you a liar, mute the speaker, make fun of you and laugh about the problem."

**42.** The defamatory statement concludes: "Patrick Kapowski is hiring new people in, paying them more then seasoned employees. Patrick Kapowski is the biggest joke here. Patrick Kapowski has been here for maybe 2 months. We have over a dozen people quit because of Patrick. Over a dozen quit because of 1 person."

**43.** The defamatory statement was not an opinion or hyperbolic speech, but rather consisted of specific factual assertions falsely accusing Plaintiff of professional misconduct, abuse of employees, financial impropriety, incompetence, sexual misconduct, and violations of health and safety regulations.

**44.** The defamatory statement is demonstrably and objectively false.

**45.** Plaintiff has clear documentary evidence, including employment records, financial records, training certifications, and witness testimony, establishing that the allegations in the defamatory statement are false.

***Reddit's Algorithm Amplified and Distributed the Defamatory Statement***

**46.** After the defamatory statement was posted on the subreddit, Reddit's algorithm analyzed the post and determined that it was likely to generate high user engagement based on its controversial and inflammatory nature.

**47.** Defamatory, accusatory, and inflammatory content such as the defamatory statement typically generates higher engagement than neutral content because users are more likely to read, comment on, upvote, and share such content.

**48.** Reddit's algorithm was specifically designed to identify high-engagement content, including controversial and inflammatory content, and to amplify such content by distributing it more widely and displaying it more prominently than lower-engagement content.

**49.** Reddit's algorithm amplified the defamatory statement by featuring it prominently on the subreddit's page, displaying it on users' personalized home feeds, displaying it on Reddit's platform-wide popular feed or trending content sections, ranking it higher than other posts, recommending it to users who had not specifically sought out the subreddit or content about Plaintiff, and sending notifications about the post to users.

**50.** As a direct result of Reddit's algorithmic amplification and distribution, the defamatory statement was viewed by a significantly larger audience than it would have reached through chronological display alone or through users' own affirmative searches.

**51.** The defamatory statement was viewed by numerous third parties, including Marriott International corporate personnel, managers and employees at Marriott properties, individuals in the hospitality industry, and prospective employers.

**52.** Reddit's algorithm continued to amplify and distribute the defamatory statement even after the initial posting, as the algorithm's design causes high-engagement content to continue appearing in users' feeds and recommendations over time.

**53.** Reddit's algorithmic amplification and distribution of the defamatory statement constitutes Reddit's own first-party conduct in selecting, curating, and promoting content, not merely passive hosting of third-party content.

***Harm Suffered by Plaintiff***

**54.** The defamatory statement, as amplified and distributed by Reddit's algorithm, severely damaged Plaintiff's professional reputation in the hospitality industry.

**55.** Prospective employers and others in the hospitality industry who conducted internet searches for Plaintiff's name encountered the defamatory statement and were exposed to false accusations of professional misconduct, abuse, incompetence, and sexual impropriety.

**56.** As a direct and proximate result of the defamatory statement and its algorithmic amplification, Plaintiff suffered documented, quantifiable damages.

**57.** Specifically, Plaintiff lost multiple employment opportunities, including a job offer that was rescinded after the prospective employer discovered the defamatory statement online.

**58.** Plaintiff's total documented damages exceed Eight Hundred Fifty Thousand Dollars ($850,000.00), consisting of documented employment losses of approximately $380,000.00, calculated as one year's lost income due to inability to secure employment after the defamatory statement was posted and amplified; harm to professional reputation valued at $250,000.00 based on diminished earning capacity and lost career opportunities in the hospitality industry; severe emotional distress, anxiety, humiliation, and mental anguish damages of $110,000.00; and pain and suffering damages of $110,000.00 for the ongoing psychological and emotional harm caused by the widespread distribution of false accusations.

**59.** Plaintiff has identified witnesses who can testify regarding the defamatory statement, its impact on Plaintiff's professional reputation, and the specific employment opportunities that were lost as a result.

**60.** In addition to economic losses, Plaintiff has suffered severe emotional distress, anxiety, humiliation, and reputational harm as a result of the widespread distribution of false accusations against him.

***Plaintiff's Demand for Removal and Reddit's Refusal***

**61.** On or about April 9, 2026, Plaintiff sent a written demand to Reddit requesting that the company remove the defamatory statement.

**62.** Plaintiff's demand identified the defamatory statement, explained that it was false and defamatory, provided evidence of its falsity, detailed the harm Plaintiff had suffered, and requested that Reddit remove the content within 14 days.

**63.** Plaintiff's demand stated that failure to remove the defamatory statement would result in legal action.

**64.** Reddit received and had actual knowledge of Plaintiff's demand on or about April 9, 2026.

**65.** Despite having actual knowledge of the defamatory statement's false and harmful nature, Reddit refused to remove the content or take any meaningful corrective action.

**66.** The defamatory statement remained posted on Reddit's website and accessible to the public after Reddit received Plaintiff's demand.

**67.** Reddit's algorithm continued to amplify and distribute the defamatory statement to users even after Reddit received actual notice of the content's false and harmful nature.

**68.** The continued publication, amplification, and distribution of the defamatory statement after Reddit received actual notice perpetuated and aggravated the harm to Plaintiff's professional reputation.

***Reddit's Defective Product Design***

**69.** Reddit's platform product, including its algorithm and associated design features, is defectively designed in multiple respects that create unreasonable risks of harm to users.

**70.** Reddit designed its algorithm to maximize user engagement without implementing adequate safeguards to prevent the amplification and distribution of false, defamatory, and harmful content.

**71.** Reddit knew or should have known that its engagement-maximizing algorithm would disproportionately amplify controversial, inflammatory, and emotionally provocative content, including false and defamatory statements, because such content generates higher engagement than truthful, neutral content.

**72.** Reddit knew or should have known that amplifying false and defamatory content would cause foreseeable harm to individuals who are the subjects of such content, including reputational harm, emotional distress, and economic losses such as lost employment opportunities.

**73.** Despite this knowledge, Reddit designed its algorithm to prioritize engagement maximization over user safety, content accuracy, or harm prevention.

**74.** Reddit failed to design or implement adequate safeguards to prevent its algorithm from amplifying demonstrably false and harmful content, such as requiring verification of factual claims before algorithmic amplification, limiting algorithmic amplification of accusatory or defamatory content, implementing content review before high-level algorithmic amplification, providing mechanisms for subjects of defamatory content to prevent algorithmic amplification pending verification, or ceasing algorithmic amplification upon receipt of notice that content is false and harmful.

**75.** Reddit's algorithm is defectively designed because its risks outweigh its benefits when the algorithm amplifies false and defamatory content, causing severe harm to individuals while providing no social benefit.

**76.** A reasonable alternative design would have incorporated safeguards to prevent or limit algorithmic amplification of unverified accusatory content, or would have ceased algorithmic amplification upon receipt of credible notice that content is false and harmful.

**77.** Reddit's failure to implement such safeguards constitutes a design defect that renders Reddit's platform product unreasonably dangerous.

***Reddit's Defective Content Reporting Infrastructure***

**78.** In addition to its defective algorithm, Reddit's platform product includes a defective content reporting and review system that fails to provide adequate means for addressing harmful content after users report it.

**79.** Reddit designed and operates a content reporting mechanism that allows users to report content that allegedly violates Reddit's policies, including false, defamatory, and harassing content.

**80.** Reddit represents to users through its interface, policies, and public statements that it will review reported content and take appropriate action in accordance with its policies.

**81.** These representations create reasonable user expectations that Reddit's reporting system will provide an effective means of addressing harmful content.

**82.** However, Reddit's content reporting and review system is defectively designed in that it fails to provide timely, meaningful, or effective responses to reports of demonstrably harmful and false content.

**83.** Despite Plaintiff's demand for removal and reports concerning the defamatory statement, Reddit failed to remove the content, cease its algorithmic amplification, or take any meaningful corrective action.

**84.** Reddit's content reporting system failed to provide adequate mechanisms for escalating reports of demonstrably false and harmful content, suspending algorithmic amplification pending review, providing timely responses to reporters, implementing user-protective measures when content is reported as false and harmful, or removing content after verification that it is false and harmful.

**85.** Reddit failed to allocate adequate resources, personnel, or training to its content review function, rendering the reporting system ineffective despite its prominence in Reddit's user interface and policies.

**86.** Reddit's defective content reporting system constitutes a design defect because it creates a false sense of security among users while failing to deliver the protective function it purports to provide.

**87.** A reasonable alternative design would have included adequate staffing and resources for content review, suspension of algorithmic amplification upon receipt of credible reports that content is false and harmful, timely review and response to reports, meaningful procedures for verifying claims of falsity, and removal of content verified to be false and harmful.

***Reddit's Failure to Warn***

**88.** Reddit failed to warn users, including Plaintiff, of foreseeable risks associated with its platform product.

**89.** Reddit knew or should have known that its platform design, including its engagement-maximizing algorithm, created foreseeable risks of serious harm to users who become targets of false and defamatory content.

**90.** Specifically, Reddit knew or should have known that its algorithm amplifies controversial and inflammatory content, including false accusations and defamatory statements; that such algorithmic amplification dramatically increases the visibility and reach of defamatory content beyond what would occur through chronological display; that increased visibility and reach of defamatory content causes increased harm to the subjects of such content; that its content reporting system is inadequate to halt algorithmic amplification of harmful content in a timely manner; and that users cannot rely on Reddit's reporting mechanisms to provide effective remedies for algorithmic amplification of defamatory content.

**91.** Despite this knowledge, Reddit failed to provide adequate warnings to users about these risks.

**92.** Reddit failed to warn that its algorithm amplifies engagement-generating content, including false and inflammatory statements, thereby increasing distribution and visibility; that content that users report as false and harmful may continue to be algorithmically amplified during and after the reporting process; that Reddit's reporting mechanisms do not provide timely or reliable remedies for halting amplification of harmful content; that users targeted by defamatory content cannot rely on Reddit's systems to limit the harm; and that the algorithm's amplification of defamatory content may cause severe professional, reputational, and economic harm.

**93.** Had Reddit provided adequate warnings about these risks and limitations, Plaintiff could have taken alternative measures to protect himself, including seeking immediate legal remedies, contacting employers and professional contacts proactively, and pursuing earlier intervention.

**94.** Reddit's failure to provide adequate warnings about the risks associated with its algorithmic amplification system and the limitations of its reporting system constitutes a failure to warn that rendered Reddit's product defectively designed.

***Reddit's Knowledge of Defects and Risks***

**95.** Reddit had actual knowledge that its engagement-maximizing algorithm amplifies controversial, inflammatory, and false content.

**96.** Reddit had actual knowledge that such algorithmic amplification causes harm to individuals who are the subjects of false and defamatory content.

**97.** Reddit had actual knowledge that its content reporting and review systems are inadequate to provide timely and effective remedies for users targeted by defamatory content.

**98.** Despite this knowledge, Reddit continued to operate its algorithm without implementing adequate safeguards and continued to maintain its inadequate reporting system.

**99.** Reddit's conduct demonstrates a conscious disregard for the safety of users and the rights of individuals harmed by its platform's amplification of false content.

***Reddit's Conduct After Receiving Notice***

**100.** After receiving Plaintiff's demand on or about April 9, 2026, Reddit had actual knowledge that the defamatory statement was false, that it was causing severe harm to Plaintiff, and that Plaintiff was demanding its removal, and to date is still posted causing daily harm.

**101.** Despite this actual knowledge, Reddit failed to remove the defamatory statement, cease algorithmic amplification of the defamatory statement, suspend the algorithm's distribution of the defamatory statement pending investigation, conduct a meaningful investigation into Plaintiff's claims, respond substantively to Plaintiff's demand, or take any meaningful action to limit the ongoing harm to Plaintiff.

**102.** Reddit's failure to take corrective action after receiving actual notice of the false and harmful nature of the content demonstrates that Reddit's reporting and review systems are defectively designed and that Reddit's priorities favor engagement and revenue over user safety.

**103.** Reddit's continued algorithmic amplification of the defamatory statement after receiving actual notice constitutes ongoing tortious conduct that is separate and distinct from the original publication by the third-party user.

## COUNT I — PRODUCTS LIABILITY: DESIGN DEFECT

### 735 ILCS 5/2-2101 et seq.; Restatement (Second) of Torts § 402A

**104.** Plaintiff realleges and incorporates by reference all allegations set forth in paragraphs 1 through 103 above.

**105.** Reddit designed, manufactured, distributed, and placed into the stream of commerce a social media platform product that includes an algorithmic content recommendation and amplification system. Zanzig v. H.P.M. Corp., 134 Ill. App. 3d 617, 621 (1985), Sondag v. Pneumo Abex Corp., 2016 IL App (4th) 140918, P25 (2016).

**106.** Reddit's platform product, including its algorithm, was in a defective condition unreasonably dangerous to users at the time it left Reddit's control. Pommier v. Jungheinrich Lift Truck Corp., 2018 IL App (3d) 170116, 22 (2018), Lamkin v. Towner, 138 Ill. 2d 510, 528 (1990).

**107.** The defects in Reddit's platform product include an algorithm designed to maximize engagement by amplifying controversial, inflammatory, and emotionally provocative content without adequate safeguards to prevent amplification of false and defamatory content; failure to implement safety mechanisms to limit algorithmic amplification of unverified accusatory content; failure to implement mechanisms to suspend algorithmic amplification upon receipt of credible reports that content is false and harmful; a content reporting and review system that is inadequate to provide timely and effective responses to reports of harmful content; and failure to allocate adequate resources to content review and safety functions. Mikolajczyk v. Ford Motor Co., 231 Ill. 2d 516, 527 (2008), Calles v. Scripto-Tokai Corp., 224 Ill. 2d 247, 262 (2007).

**108.** At the time of design and distribution, a reasonable alternative design was available that would have reduced or prevented the harm without substantially impairing the product's utility, including implementing content verification procedures before high-level algorithmic amplification, limiting algorithmic amplification of unverified accusatory or defamatory content, implementing automatic suspension of algorithmic amplification upon receipt of credible reports that content is false and harmful, providing adequate staffing and resources for timely content review, and prioritizing user safety over engagement maximization. Kerns v. Engelke, 76 Ill. 2d 154, 161 (1979), Wortel v. Somerset Indus., 331 Ill. App. 3d 895, 911 (2002).

**109.** The defective design of Reddit's platform product was a proximate cause of Plaintiff's injuries. Guvenoz v. Target Corp. (2015).

**110.** As a direct and proximate result of the defectively designed algorithm and reporting system, the defamatory statement was amplified and distributed to a wide audience, causing Plaintiff to suffer damages in excess of $850,000.00.

## COUNT II — PRODUCTS LIABILITY: FAILURE TO WARN

### 735 ILCS 5/2-2101 et seq.; Restatement (Second) of Torts § 402A

**111.** Plaintiff realleges and incorporates by reference all allegations set forth in paragraphs 1 through 110 above.

**112.** Reddit designed, manufactured, distributed, and placed into the stream of commerce a social media platform product that includes an algorithmic content recommendation and amplification system. Zanzig v. H.P.M. Corp., 134 Ill. App. 3d 617, 621 (1985), Sondag v. Pneumo Abex Corp., 2016 IL App (4th) 140918, P25 (2016).

**113.** Reddit's platform product contained risks that were known to Reddit or should have been known to Reddit in the exercise of reasonable care. Woodill v. Parke Davis & Co., 79 Ill. 2d 26, 37 (1980), Mason v. Caterpillar Tractor Co., 139 Ill. App. 3d 511, 519 (1985).

**114.** Specifically, Reddit knew or should have known that its engagement-maximizing algorithm would amplify false and defamatory content, that such amplification would cause severe harm to the subjects of such content, and that its reporting system would not provide adequate remedies. Woodill v. Parke Davis & Co., 79 Ill. 2d 26, 37 (1980), Morgan v. Bethlehem Steel Corp., 135 Ill. App. 3d 242, 244 (1985).

**115.** These risks were present when Reddit's platform product left Reddit's control and were present at the time of Plaintiff's injury. Sondag v. Pneumo Abex Corp., 2016 IL App (4th) 140918, P25 (2016).

**116.** The risks were not obvious to ordinary users, including Plaintiff, who reasonably expected that a platform offering content reporting mechanisms would limit the distribution of content reported as false and harmful. Calles v. Scripto-Tokai Corp., 224 Ill. 2d 247, 262 (2007).

**117.** Reddit failed to provide adequate warnings or instructions regarding these risks. Woodill v. Parke Davis & Co., 79 Ill. 2d 26, 37 (1980).

**118.** Had Reddit provided adequate warnings, Plaintiff would have been aware of the risks and could have taken alternative protective measures. Woodill v. Parke Davis & Co., 79 Ill. 2d 26, 37 (1980).

**119.** Reddit's failure to provide adequate warnings was a proximate cause of Plaintiff's injuries. Mason v. Caterpillar Tractor Co., 139 Ill. App. 3d 511, 519 (1985), Morgan v. Bethlehem Steel Corp., 135 Ill. App. 3d 242, 244 (1985).

**120.** As a direct and proximate result of Reddit's failure to warn, Plaintiff suffered damages in excess of $850,000.00.

## COUNT III — NEGLIGENCE

### Restatement (Second) of Torts § 388

**121.** Plaintiff realleges and incorporates by reference all allegations set forth in paragraphs 1 through 120 above.

**122.** Reddit owed a duty of reasonable care to Plaintiff and other users in the design, development, and operation of its social media platform product. Guvenoz v. Target Corp. (2015), Mason v. Caterpillar Tractor Co., 139 Ill. App. 3d 511, 519 (1985).

**123.** This duty required Reddit to design its platform with reasonable safeguards to prevent foreseeable harm, refrain from amplifying false and defamatory content through its algorithm, provide adequate means for users to report harmful content and obtain timely remedies, allocate adequate resources to content review and safety functions, investigate credible reports that content is false and harmful, cease algorithmic amplification of content upon receiving credible notice that it is false and harmful, and remove content verified to be false and harmful. Guvenoz v. Target Corp. (2015), Mason v. Caterpillar Tractor Co., 139 Ill. App. 3d 511, 519 (1985).

**124.** Reddit breached its duty of care in multiple respects, including by designing an algorithm that maximizes engagement without adequate safeguards against amplification of false and harmful content, operating a defective content reporting system that fails to provide adequate remedies, failing to allocate adequate resources to content review, failing to investigate Plaintiff's demand, failing to cease algorithmic amplification after receiving Plaintiff's demand, failing to remove the defamatory statement after receiving notice of its falsity, and continuing to amplify and distribute the defamatory statement after receiving actual notice that it was false and harmful. Guvenoz v. Target Corp. (2015), Mason v. Caterpillar Tractor Co., 139 Ill. App. 3d 511, 519 (1985).

**125.** Reddit's breaches of its duty of care were a direct and proximate cause of Plaintiff's injuries. Guvenoz v. Target Corp. (2015).

**126.** As a direct and proximate result of Reddit's negligence, Plaintiff suffered damages in excess of $850,000.00.

**COUNT IV — NEGLIGENCE AFTER NOTICE**

**Restatement (Second) of Torts § 388**

**127.** Plaintiff realleges and incorporates by reference all allegations set forth in paragraphs 1 through 126 above.

**128.** After receiving Plaintiff's demand on or about April 9, 2026, Reddit had actual knowledge that the defamatory statement was false and was causing severe harm to Plaintiff. Sondag v. Pneumo Abex Corp., 2016 IL App (4th) 140918, P25 (2016).

**129.** Upon receiving such actual knowledge, Reddit had a duty to exercise reasonable care to prevent ongoing harm to Plaintiff, including by ceasing algorithmic amplification of the defamatory statement and removing the content. Guvenoz v. Target Corp. (2015), Mason v. Caterpillar Tractor Co., 139 Ill. App. 3d 511, 519 (1985).

**130.** Reddit breached this duty by failing to take any meaningful action to cease amplification or remove the content, despite having actual knowledge of its falsity and harmfulness. Guvenoz v. Target Corp. (2015).

**131.** Reddit's breach was a direct and proximate cause of ongoing and aggravated harm to Plaintiff. Guvenoz v. Target Corp. (2015).

**132.** As a direct and proximate result of Reddit's negligence after notice, Plaintiff suffered additional and aggravated damages including continued loss of employment opportunities, continued harm to professional reputation, and aggravated emotional distress.

## COUNT V — VIOLATION OF ILLINOIS CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT

### 815 ILCS 505/1 et seq.; 815 ILCS 505/2; 815 ILCS 505/10a

**133.** Plaintiff realleges and incorporates by reference all allegations set forth in paragraphs 1 through 132 above.

**134.** This claim arises under supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

**135.** The Illinois Consumer Fraud and Deceptive Business Practices Act declares unlawful unfair methods of competition and unfair or deceptive acts or practices, including but not limited to the use or employment of any deception fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact. 815 ILCS 505/1, 815 ILCS 505/2.

**136.** The Illinois Consumer Fraud and Deceptive Business Practices Act provides a private cause of action to any person who suffers damages as a result of a violation of the Act. 815 ILCS 505/10a.

**137.** Reddit engages in trade and commerce within the State of Illinois by operating its platform and providing its services to Illinois residents, including Plaintiff. 815 ILCS 505/1.

**138.** Reddit made false and misleading representations to users, including Plaintiff, regarding its content moderation policies and reporting mechanisms. 815 ILCS 505/2.

**139.** Specifically, Reddit represented through its user interface, content policies, and public statements that it prohibits harassment and defamatory content, that users can report content that violates Reddit's policies, that Reddit will review reported content, and that Reddit will take appropriate action on content that violates its policies. 815 ILCS 505/2.

**140.** These representations were material to consumers' decisions to use Reddit's platform and to rely on Reddit's reporting mechanisms when targeted by harmful content. 815 ILCS 505/2.

**141.** These representations were false or misleading because Reddit failed to enforce its policies, failed to provide effective reporting mechanisms, and continued to algorithmically amplify content that violated its policies even after receiving notice that the content was false and harmful. 815 ILCS 505/2.

**142.** Reddit knew or should have known that its representations were false or misleading. 815 ILCS 505/2.

**143.** Reddit's unfair or deceptive acts or practices occurred in the conduct of trade or commerce and caused substantial injury to Plaintiff. 815 ILCS 505/10a.

**144.** The injury suffered by Plaintiff was not reasonably avoidable because Plaintiff relied on Reddit's representations regarding its reporting mechanisms. 815 ILCS 505/10a.

**145.** As a direct and proximate result of Reddit's violations of the Illinois Consumer Fraud Act, Plaintiff suffered damages including loss of employment opportunities totaling $850,000.00, harm to professional reputation, and emotional distress. 815 ILCS 505/10a.

## COUNT VI — INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

**Illinois common law tort**

**146.** Plaintiff realleges and incorporates by reference all allegations set forth in paragraphs 1 through 145 above.

**147.** Plaintiff had a reasonable expectancy of entering into valid employment relationships with prospective employers in the hospitality industry, including a specific job offer that was pending at the time the defamatory statement was posted and amplified.

**148.** Reddit had knowledge of Plaintiff's prospective economic relationships because Reddit's algorithm was specifically designed to maximize distribution of content to the broadest possible audience, including potential employers who conduct internet searches of job candidates, and Reddit knew or should have known that amplifying defamatory employment-related accusations would reach prospective employers and interfere with Plaintiff's employment prospects.

**149.** Reddit purposefully interfered with Plaintiff's prospective economic relationships by algorithmically amplifying and distributing the defamatory statement to a broad audience, including prospective employers, and by refusing to remove the content after receiving Plaintiff's demand on April 9, 2026.

**150.** Reddit's interference was tortious and wrongful because it amplified demonstrably false and defamatory content through its algorithm, continued to amplify such content after receiving actual notice of its falsity and harmfulness, violated its own content policies by maintaining defamatory content that violated its stated prohibition against harassment, and acted with knowledge that the amplified content would damage Plaintiff's employment prospects.

**151.** As a direct and proximate result of Reddit's intentional interference, Plaintiff's prospective employment relationships failed to ripen into contracts. Specifically, at least two job offers were rescinded after the prospective employer discovered the algorithmically amplified defamatory statement during a background search.

**152.** Plaintiff has suffered damages in excess of $850,000.00, including documented employment losses of approximately $380,000.00, reputational harm damages of $250,000.00, emotional distress damages of $110,000.00, and pain and suffering damages of $110,000.00, plus punitive damages and other consequential damages.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff Patrick Karpowski respectfully requests that this Court enter judgment in his favor and against Defendant Reddit Inc. as follows:

**A.** On Count I, awarding compensatory damages in an amount to be determined at trial, including documented employment losses and other damages as may be just and proper;

**B.** On Count II, awarding compensatory damages in an amount to be determined at trial, including documented employment losses and other damages as may be just and proper;

**C.** On Count III, awarding compensatory damages in an amount to be determined at trial, including documented employment losses and other damages as may be just and proper;

**D.** On Count IV, awarding compensatory damages in an amount to be determined at trial, plus such further damages as may be just and proper;

**E.** On Count V, awarding compensatory damages in an amount to be determined at trial, including documented employment losses and other damages as may be just and proper;

**F.** On Count VI, awarding compensatory damages in an amount to be determined at trial, including documented employment losses of approximately $380,000.00, reputational harm damages of $250,000.00, emotional distress damages of $110,000.00, and pain and suffering damages of $110,000.00, plus such further damages as may be just and proper;

**G.** Awarding punitive damages in an amount to be determined at trial to punish Reddit's conscious disregard for user safety and to deter similar conduct;

**H.** Preliminary and permanent injunctive relief requiring Defendant to immediately and permanently remove the defamatory statement from Reddit's website and to refrain from algorithmically amplifying or distributing such content;

**I.** Preliminary and permanent injunctive relief requiring Defendant to implement reasonable safeguards to prevent algorithmic amplification of false and defamatory content;

**J.** Declaratory relief establishing that the statement posted on September 5, 2025, is false and defamatory;

**K.** Pre-judgment and post-judgment interest as provided by law;

**L.** Costs of suit as provided by law;

**M.** Attorney's fees as provided by law or by contract; and

**N.** Such other and further relief as this Court deems just, proper, and equitable under the circumstances.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

/s/Patrick Karpowski

Dated: 8/24/2026

Patrick Karpowski
190 Yordy Road, Apartment 102
Morton, Illinois 61550
Phone: (309) 269-4814
Email: lawrecorder@gmail.com

## CERTIFICATE OF SERVICE

I, Patrick Karpowski, hereby certify that on [8/24/2026], I caused to be served a true and correct copy of the [Second Amended Complaint] upon all parties required to receive service in the above-captioned case, in the manner described below.

**VIA CM/ECF Electronic Case Filing System**.

/s/Patrick Karpowsk

Dated: 8/24/2026

Patrick Karpowski
190 Yordy Road, Apartment 102
Morton, Illinois 61550
Phone: (309) 269-4814
Email: lawrecorder@gmail.com