E-FILED
Monday, 24 August, 2026 12:51:48 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF ILLINOIS**

PATRICK KARPOWSKI,

Plaintiff,

v. Case No. **1:26-cv-01226-MMM-RLH**

REDDIT INC.,

Defendant.

**PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER DIRECTED TO DE-INDEXING OF THE IDENTIFIED DEFAMATORY REDDIT POST BY GOOGLE INC., AND REQUEST FOR EXPEDITED BRIEFING AND HEARING**

## I. INTRODUCTION

Plaintiff Patrick Karpowski moves for emergency temporary relief requiring Google Inc., upon notice and service of any order entered by the Court, to de-index from Google search results the specific Reddit post identified in the Second Amended Complaint and described below. In the alternative, Plaintiff requests an expedited hearing and an order requiring Google Inc. to show cause why it should not be required to de-index the identified search result pending further order of the Court. Google has stated that it would remove the content no problem as long as we send a TRO or court Order.

The requested relief is narrow. Plaintiff does not seek broad removal of internet commentary, generalized monitoring, or relief against unidentified content. Plaintiff seeks temporary de-indexing of one identified search result linking to one Reddit post that Plaintiff alleges falsely accuses him of serious professional misconduct, abuse of staff, sexual impropriety, health-code violations, dishonesty about credentials, and hotel mismanagement.

Plaintiff alleges that prospective hospitality employers routinely search candidates' names online, that the post has been encountered by prospective employers and others in the hospitality industry, and that the continued accessibility of the post has caused ongoing employment and reputational harm. Plaintiff further alleges documented employment losses, rescinded job opportunities, reputational damage, and total damages exceeding $850,000.

**II. STATEMENT OF FACTS**

Plaintiff is an Illinois resident and hospitality-industry professional with experience managing multiple hotels, and his professional reputation is critical to his ability to obtain management work. Prospective employers in the hospitality industry routinely conduct internet searches of job candidates' names to evaluate their reputation and suitability for employment.

On or about September 5, 2025, an unknown Reddit user posted statements about Plaintiff on the r/Marriott subreddit. The post states, among other things, that Plaintiff is "terrible at his job," "lies to the staff," "abuses the staff," talks down to staff, blames staff for his mistakes, and yells and screams at staff in front of guests. The post further suggests sexual impropriety by alleging that Plaintiff allowed a young female kitchen employee to live at the hotel for free and stating that employees thought "something is going on" between them.

The post also alleges that the kitchen was filthy, that Plaintiff falsely claimed chef training in Paris, that hotel computer systems were mishandled, that keys were missing, and that unauthorized persons obtained rooms.

Plaintiff alleges that these statements are factual, false, and defamatory, and that he has employment records, financial records, training certifications, and witness testimony establishing falsity. Plaintiff also alleges that the post was viewed by Marriott personnel, hotel managers and employees, hospitality-industry contacts, and prospective employers.

Plaintiff alleges that the post severely damaged his professional reputation and caused multiple lost employment opportunities, including rescinded job offers. Plaintiff alleges documented employment losses of approximately $380,000 and total damages exceeding $850,000.

On or about April 9, 2026, Plaintiff sent Reddit a written demand identifying the post, explaining its alleged falsity, providing evidence of falsity, detailing the harm, and requesting removal within 14 days. Plaintiff alleges that the post remained publicly accessible after that demand and continues to cause daily harm.

Plaintiff seeks an emergency order directed to Google Inc. requiring de-indexing of the specific Google search result that links to the identified Reddit post: [Note from employees on car : r/marriott], appearing in response to searches for [Patrick Karpowski], and linking to the Reddit post identified in the Second Amended Complaint.

## III. LEGAL STANDARD

A temporary restraining order is evaluated under the same test as a preliminary injunction, and the moving party bears the burden to make a clear showing supporting such extraordinary relief. Troogstad v. City of Chicago, 571 F. Supp. 3d 901, 907 (2021). A party seeking preliminary

injunctive relief must show some likelihood of success on the merits, no adequate remedy at law, and irreparable harm if relief is denied. Bail Project, Inc. v. Comm'r, Ind. Dept. of Ins., 76 F.4th 569, 575 (2023). If those threshold requirements are met, the Court weighs the relative harms to the parties and considers whether the injunction is in the public interest. Bail Project, Inc. v. Comm'r, Ind. Dept. of Ins., 76 F.4th 569, 575 (2023). The Seventh Circuit applies a sliding-scale approach under which the more likely the plaintiff is to succeed on the merits, the less the balance of irreparable harms must favor the plaintiff. Ty, Inc. v. Jones Group Inc., 237 F.3d 891, 894 (2001).

## IV. ARGUMENT

A. Plaintiff Has Shown a Sufficient Likelihood of Success for Narrow Interim Relief.

Plaintiff's requested relief concerns a specific post containing factual accusations about his professional conduct, treatment of employees, sexual propriety, credentials, health-and-safety practices, and hotel-management competence. Plaintiff alleges those accusations are demonstrably false and that he has documentary evidence and witness testimony establishing falsity**.(THE COURT CANNOT ALLOW THIS DAILY HARM TO CONTINUE)**

Plaintiff also alleges ongoing injury tied directly to the post's online accessibility. Prospective employers allegedly encountered the post during internet searches, and Plaintiff alleges lost employment opportunities, rescinded offers, and substantial reputational and economic damage.

Plaintiff recognizes that claims against search engines based on third-party content may raise issues under the Communications Decency Act. Section 230 provides that no provider or user of an interactive computer service shall be treated as the publisher or speaker of information provided by another information content provider. 47 USCS § 230. Courts have applied that

protection to Google where claims sought to hold Google liable for publishing or formatting third-party search-result content. O'Kroley v. Fastcase, Inc., 831 F.3d 352, 354 (2016). Plaintiff's requested interim relief is therefore framed as narrow emergency de-indexing relief directed to one identified search result and one identified post, or, alternatively, an expedited show-cause hearing allowing Google Inc. to be heard before any de-indexing order is entered.

**B. Plaintiff Will Suffer Irreparable Harm Without Immediate Relief.**

Plaintiff alleges continuing harm, not merely past injury. He alleges that prospective employers routinely search candidates' names online and that the Reddit post has interfered with his ability to obtain hospitality-management work. Plaintiff alleges multiple lost employment opportunities, including rescinded job offers, and continuing reputational and emotional harm.

A damages award after final judgment would not fully restore lost professional opportunities, undo reputational exposure to employers, or prevent further dissemination while the case is pending. Harm is irreparable when legal remedies are seriously deficient compared with the harm suffered. DM Trans, LLC v. Scott, 38 F.4th 608, 618 (2022).

**C. The Balance of Harms Favors Temporary, Search-Result-Specific De-Indexing.**

Plaintiff faces continuing professional and employment harm if the identified Reddit post remains readily discoverable through searches of his name. The requested relief is limited to de-indexing one identified search result linking to one identified Reddit post. It does not require Google Inc. to remove the underlying Reddit post, adjudicate all future online speech, monitor the internet, or de-index unrelated content.

The Court must weigh the harm Plaintiff will suffer absent interim relief against the harm the nonmoving party would suffer if relief is granted. Vill. of Orland Park v. Pritzker, 475 F. Supp. 3d 866, 879 (2020). Temporary de-indexing of one identified search result imposes a narrow burden when compared to the continuing employment and reputational harm alleged by Plaintiff.

**D. The Public Interest Supports Narrow, Prompt, and Specific Interim Relief.**

The public interest is part of the preliminary-injunction balancing process. Vill. of Orland Park v. Pritzker, 475 F. Supp. 3d 866, 879 (2020). The public interest favors a prompt, narrow procedure that reduces alleged continuing harm while preserving the ability of affected parties to be heard.

Plaintiff therefore requests that the Court either enter immediate temporary de-indexing relief upon appropriate service or set an expedited hearing at the earliest available date, with notice to Google Inc., so the Court can determine whether interim de-indexing should remain in effect pending further proceedings.

**E. Any Order Should Be Limited to the Identified Search Result and Should Allow Google Inc. to Be Heard.**

Rule 65 limits who may be bound by an injunction to the parties, their officers, agents, employees, and those acting in active concert or participation with them. Havens v. James (2023). Because Google Inc. is not presently identified in the Second Amended Complaint as a defendant, Plaintiff requests that any relief directed to Google Inc. be limited to the identified search result, be served promptly on Google Inc., and be set for expedited hearing so Google Inc. may present any objection.

This structure preserves the narrow purpose of the requested emergency relief while addressing the practical need to reduce continuing harm from search-engine indexing of the identified post.

## v. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Patrick Karpowski respectfully requests that the Court enter an order:

1. Granting this Emergency Motion for Temporary Restraining Order;

2. Ordering Google Inc., within [24 HOURS] after service of the Court's order, to de-index, suppress from public search results, or otherwise prevent public display in Google search results of the specific search result linking to the Reddit post identified in the Second Amended Complaint;

3. Limiting the order only to the specific Reddit post identified in the Second Amended Complaint;

4. Requiring Google Inc. to preserve a nonpublic litigation record sufficient to identify the de-indexed search result, the linked Reddit post, and any responsive action taken;

5. In the alternative, setting an expedited show-cause hearing and ordering Google Inc. to appear and show cause why it should not be required to de-index the identified search result pending further order of the Court;

6. Setting expedited briefing, including any response by Google Inc. or Defendant Reddit Inc. within [7] days after service and any reply by Plaintiff within [7] days after any response;

7. Providing that any extension of time for any party to answer or otherwise respond to the Second Amended Complaint does not delay, moot, waive, or impair Plaintiff's request for temporary or preliminary injunctive relief; and

8. Granting such other relief as the Court deems just and proper.

9.**(THE COURT CANNOT ALLOW THIS DAILY HARM TO CONTINUE)**

Respectfully submitted,

/s/ Patrick Karpowski

Patrick Karpowski

190 Yordy Road, Apartment 102

Morton, Illinois 61550

Phone: (309) 269-4814

Email: lawrecorder@gmail.com

Pro se Plaintiff

Dated: 8/24/2026

## VI. CERTIFICATE OF CONFERRAL

I, Patrick Karpowski, certify that on 8/24/2026, I made a good-faith effort to confer regarding the relief requested in this Emergency Motion.

Plaintiff conferred or attempted to confer with [REDDIT INC. / Def-Counsel] by [VIA Email], The parties [ STATED THEIR POSITION AS FOLLOWS]:

*"Reddit takes no position on the substance of your anticipated motion and will defer to the Court on timing issues. Reddit reserves all rights, including its right to respond substantively if the papers ultimately filed seek relief that would affect Reddit or otherwise implicate Reddit's interests"*

Because Plaintiff alleges continuing daily harm from the public discoverability of the identified Reddit post, Plaintiff submits this motion on an emergency basis and requests expedited consideration.

/s/ Patrick Karpowski

Patrick Karpowski

Pro se Plaintiff

Dated: 8/24/2026

## VII. CERTIFICATE OF SERVICE

I, Patrick Karpowski, certify that on 8/24/2026, I served a true and correct copy of the foregoing Plaintiff's Emergency Motion for Temporary Restraining Order Directed to De-Indexing of the Identified Defamatory Reddit Post by Google Inc., and Request for Expedited Briefing and Hearing, together with any supporting materials, by the following method:

1. Reddit Inc.: served through [CM/ECF / EMAIL TO COUNSEL] & Any other required recipient VIA: [CM/ECF].

I certify that the foregoing is true and correct to the best of my knowledge.

/s/ Patrick Karpowski

Patrick Karpowski

Pro se Plaintiff

Dated: 8/23/2026