E-FILED
Monday, 21 September, 2026 02:48:42 PM
Clerk, U.S. District Court, ILCD

Benjamin S. Thomassen (Illinois Bar No. 6307169)
Ben.Thomassen@zwillgen.com
ZWILLGEN PLLC
1 North LaSalle Street, Suite 4600
Chicago, IL 60602
Phone: (312) 685-2278

*Attorney for Defendant*
*Reddit, Inc.*

**UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| PATRICK KARPOWSKI,<br><br>Plaintiff,<br>v.<br><br>REDDIT, INC., et al.,<br><br>Defendants. | **DEFENDANT REDDIT, INC.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Case No. 1:26-cv-01226-MMM-RLH<br>District Judge: Hon. Michael M. Mihm<br>Magistrate Judge: Hon. Ronald L. Hanna |

## I. INTRODUCTION

Plaintiff Patrick Karpowski ("Plaintiff") seeks to hold Defendant Reddit Inc. ("Reddit") liable for an allegedly defamatory post that an anonymous third party published on Reddit's platform. The Court dismissed Plaintiff's prior complaint; Plaintiff repleaded his claims against Reddit under new labels. But the theory remains the same: Plaintiff alleges that Reddit ranked, recommended, amplified, displayed, or failed to remove third-party content after he demanded that Reddit take it down. That is not actionable conduct under any of Plaintiff's theories of liability, and the Communications Decency Act ("CDA"), 47 U.S.C. § 230 ("Section 230"), and the First Amendment each independently bar liability for Reddit's editorial decisions.

First, none of the Second Amended Complaint's ("SAC") six causes of action pleads the elements of a cognizable claim under applicable law. Plaintiff doesn't plausibly allege a product or physical injury, a cognizable duty, a deceptive consumer practice, causation, fraud or purposeful interference with a specific business expectancy.

Second, the SAC *also* fails because Section 230(c)(1) provides an affirmative defense that resolves this matter at the pleading stage. Under Section 230, an interactive computer service ("ICS") such as Reddit may not be held liable as the publisher or speaker of information, like the post at issue here, created by a third party. Far from alleging that Reddit authored, created, or developed the challenged statement, Plaintiff alleges that an unknown Reddit user posted it. Plaintiff attempts to recast Reddit's alleged publication of that third-party post under different labels. But Section 230 requires courts to look beyond the labels attached to causes of action and determine whether the plaintiff seeks to impose liability for traditional publisher conduct. Here, each claim asks the Court to adjudicate Reddit's treatment of third-party content, including

whether Reddit should have displayed, ranked, recommended, de-amplified, investigated, or removed a user's post.

Third, the First Amendment does not permit the relief Plaintiff seeks. Plaintiff seeks damages and injunctive relief based on Reddit's alleged decisions about whether and how to display, rank, recommend, moderate, de-amplify, or remove third-party speech. Those are editorial choices protected by the First Amendment.

Because Plaintiff seeks to impose liability for conduct that Section 230 and the First Amendment protect, and because the SAC *again* fails to plead the basic elements of any claim against Reddit, the SAC should be dismissed with prejudice.

## II. STATEMENT OF FACTS

According to the SAC, Reddit operates an online forum and discussion platform accessible through a website and mobile applications, where users can post content and engage in discussions. SAC ¶¶ 9, 16–17 (ECF No. 75). Plaintiff alleges that Reddit uses systems that select, curate, rank, recommend, and display third-party content to users based on predicted engagement, user preferences, content characteristics, and other criteria. *Id.* ¶¶ 22–24.

Plaintiff alleges that, on or about September 5, 2025, an unknown Reddit user posted a statement about him on Reddit. *Id.* ¶¶ 36–43. Plaintiff alleges that the statement was false and defamatory. *Id.* ¶¶ 43–45. Plaintiff doesn't allege that Reddit authored the statement. Rather, he alleges that an "unknown user" posted it. *Id.* ¶ 36.

Plaintiff alleges that Reddit's systems amplified the post by displaying, ranking, recommending, or otherwise distributing it to a broader audience, including people in the hospitality industry and prospective employers. *Id.* ¶¶ 46–53. He alleges that the post and its

alleged distribution caused reputational harm, emotional distress, and economic injury, including lost employment opportunities and rescinded job offers. *Id.* ¶¶ 54–60, 151.

Plaintiff further alleges that, on or about April 9, 2026, he sent Reddit a written demand requesting removal of the post. *Id.* ¶¶ 61–63. According to the SAC, Plaintiff's demand identified the statement, asserted that it was false and defamatory, claimed to provide evidence of falsity, described Plaintiff's alleged harm, requested removal within fourteen days. *Id.* ¶ 62. Plaintiff alleges that Reddit received the demand, had actual knowledge of the challenged statement, and nonetheless did not remove or de-amplify the content. *Id.* ¶¶ 64–68, 128–130. Plaintiff doesn't, however, allege whether any of the activity he complains about – i.e., the "amplification" of the post, the distribution of it, or the fact that he allegedly lost job opportunities because of it – had any connection with his April 9, 2026 removal request (e.g., whether any activity occurred before or after his removal request). And Reddit's public User Agreement does not promise that reported content will be reviewed or removed. *See* Request for Judicial Notice ("RJN"), Exs. A and B (Reddit User Agreement).

The SAC asserts six claims against Reddit: product-liability design defect; failure to warn; negligence; "negligence after notice"; violation of the Illinois Consumer Fraud and Deceptive Business Practices Act; and intentional interference with prospective economic advantage. SAC ¶¶ 104–152. Plaintiff seeks damages and injunctive relief requiring Reddit to remove the challenged statement, refrain from algorithmically amplifying or distributing it, and implement safeguards concerning the treatment of allegedly false or harmful content. *Id.*, Prayer for Relief ¶¶ A–J.

## III. LEGAL STANDARD

To survive a motion to dismiss, a complaint must plead "enough facts to state a claim to relief that is plausible on its face." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007). A claim is facially plausible only "when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (citing *Bell Atl. Corp.*, 550 U.S. at 557).

Although the Court accepts well-pleaded factual allegations as true at the pleading stage, it need not accept legal conclusions, conclusory allegations, or "[t]hreadbare recitals of the elements of a cause of action." *Iqbal*, 556 U.S. at 678. A complaint also fails where the pleaded facts establish an affirmative defense on the face of the complaint. *G.G. v. Salesforce.com, Inc.*, 76 F.4th 544, 566 (7th Cir. 2023).

## IV. ARGUMENT

### A. The SAC fails to state any claim on which relief can be granted.

Notwithstanding Section 230 and the First Amendment (discussed more fully below), the SAC fails because Plaintiff does not plead facts sufficient to state any of his six causes of action against Reddit. None of these counts pleads the basic elements of a cognizable cause of action. Rather, each rests on the same alleged conduct: Reddit's publisher functions in sorting, recommending, displaying, and/or removing third-party content, which Section 230 protects as discussed in Section B, below. *See* SAC ¶¶ 105–110, 112–120, 122–126, 128–132, 138–145, 147–152.

#### 1. Plaintiff Fails to State a Design-Defect or Failure to Warn Products-Liability Claim.

Plaintiff fails to state a claim for product liability design defect (Count I) and failure to warn (Count II) because he doesn't identify two elements required by the Restatement (Third) of

Torts § 402A[1] under Illinois law: a "product" and "physical harm." *Mikolajczyk v. Ford Motor Co.*, 231 Ill. 2d 516, 543 (2008).

First, Plaintiff's claims fail because Reddit provides services, not products, which are not covered by the law he invokes. "The general rule is that strict product liability does not extend to services." *Milford v. Com. Carriers, Inc.*, 210 F. Supp. 2d 987, 990 (N.D. Ill. 2002). Reddit is an online platform that provides users the *service* of accessing communities and user-generated content, not a tangible object or good distributed in commerce.[2] Indeed, at least one Illinois federal district court, and several others nationwide, have held that internet applications and algorithms similar to Reddit's are *services*, not products, under the Restatement. *See D'Ambrosio v. Rajala*, 783 F. Supp. 3d 1077, 1098-99 (N.D. Ill. 2025) (determining Facebook app and algorithm are service platforms, not products), *aff'd sub nom. D'Ambrosio v. Meta Platforms Inc.*, 176 F.4th 928 (7th Cir. 2026); *James v. Meow Media, Inc.*, 300 F.3d 683, 701 (6th Cir. 2002) (sites that produced or maintained video games, movies, and internet websites are not "sufficiently 'tangible' to constitute products"); *Jackson v. Airbnb, Inc.*, 639 F. Supp. 3d 994, 1011 (C.D. Cal. 2022) (Airbnb is "more akin to a service than to a product" because it "is a platform that connects users"); *Eberhart v. Amazon.com, Inc.*, 325 F. Supp. 3d 393, 399 (S.D.N.Y. 2018) (Amazon's online marketplace is a "provider of services"). Plaintiff labels Reddit's offering a "social media platform product" (SAC ¶ 105) but alleges no facts showing that "product" *is*, in fact, the correct designation. And his mere use of the "product" label doesn't suffice on its own. *See Iqbal*, 556 U.S. at 678 ("A pleading that offers labels and conclusions or a

---

[1] For Count I, Plaintiff also cites 735 ILCS 5/2-2101 *et seq.*, which the Supreme Court of Illinois held to be unconstitutional in 1997. *Best v. Taylor Mach. Works*, 179 Ill.2d 367, 467 (1997) (holding Public Act 89-7 unconstitutional as a whole because it contained several unconstitutional provisions that were not severable); *See Mikolajczyk v. Ford Motor Co.*, 231 Ill. 2d 516, 544 (2008), *as modified on denial of reh'g* (Dec. 18, 2008). To the extent Count I relies on 735 ILCS 5/2-2101 *et seq.* as an independent statutory cause of action, that reliance fails.

[2] Request for Judicial Notice, Ex. C.

formulaic recitation of the elements of a cause of action will not do. Nor does a complaint suffice if it tenders naked assertions devoid of further factual enhancement.") (cleaned up and citations omitted).

Second, Plaintiff's claims also fail because Reddit did not cause Plaintiff an "injury" within the meaning of the Restatement. "[P]hysical harm is an essential element of any action for products liability, whether for negligence or strict liability." *D'Ambrosio*, 783 F. Supp. 3d at 1099. Physical harm requires "a physically impairing loss or detriment." *Sondag v. Pneumo Abex Corp.*, 2016 IL App (4th) 140918, ¶ 32 (citing Restatement (Second) of Torts § 7(2), (3) (1965)), *appeal denied*, 60 N.E.3d 883 (Ill. 2016). Physical harm does *not* encompass emotional distress, which is "not available for causes of action based on strict products liability" under Illinois law. *Parr v. Sunbeam Prods., Inc.*, 2009 WL 10682264, at *9 (C.D. Ill. June 3, 2009). Plaintiff alleges that he suffered emotional distress, anxiety, humiliation, mental anguish, psychological and emotional harm, and reputational harm, in addition to economic losses. *See* SAC ¶¶ 7, 58, 60. But he doesn't allege that Reddit physically injured him or his property to the point of physical impairment. Plaintiff's alleged injuries are all reputational, emotional, and economic harm from third-party speech. This is not "physical harm" recognized under Illinois law, and Plaintiff's claims must fail accordingly.

Plaintiff also fails to state a failure-to-warn claim for the independent reason that he doesn't allege any product danger that a warning could have allowed him to avoid. "The purpose of product warnings is to apprise consumers of the product's dangers they don't know about, enabling them to take protective precautions." *Hansen v. Baxter Healthcare Corp.*, 309 Ill. App. 3d 869, 881 (1999) (citations omitted). The SAC doesn't plead how *any* warning could have served that function here. Plaintiff doesn't allege that he used Reddit without understanding how

to avoid danger; or that a warning would have prevented the unknown user from posting about him, Reddit users from viewing the post, search engines from indexing it, or prospective employers from encountering it.

Instead, Plaintiff alleges that Reddit should have warned users that reported third-party content might not be removed or de-amplified (*see* SAC ¶¶ 114, 116)—but Reddit *did* provide that description. Reddit's User Agreement encourages users to report content or conduct they believe violates the Terms or Reddit Rules, but states that while Reddit reserves the right to review, screen, edit, or monitor content, it doesn't necessarily review all content, and will delete or remove content in its sole discretion. *See* RJN, Ex. B. Plaintiff cannot plausibly allege failure to warn based on the premise that Reddit concealed that reported content might remain available or might not be removed.

Further, Plaintiff's contention—that Reddit should have warned about how it ranks, recommends, amplifies, or declines to remove third-party content—cannot be disentangled from his attempt to impose liability for disseminating third-party speech (which implicates Section 230 and the First Amendment, as discussed below). Illinois law recognizes that even traditional distributors of defamatory material, such as newsstands and bookstores, are not treated as guarantors of the truth of material they distribute. *See, e.g.*, *Barrett v. Fonorow*, 343 Ill. App. 3d 1184, 1194–97 (2003) (following consensus that Section 230 bars distributor-liability theories against ICSs that disseminate allegedly defamatory third-party content) (collecting cases). The SAC fails to explain how Reddit's alleged conduct treats the post differently from the other types of speech-distribution that are shielded from liability.

### 2. Plaintiff Fails to State a Negligence Claim.

Plaintiff's negligence claim (Count III) also fails on its face. To plead negligence under Illinois law, Plaintiff must plausibly allege that Reddit owed him a duty of care, Reddit breached that duty, and the breach proximately caused his injuries. *See Simpkins v. CSX Transp., Inc.,* 2012 IL 110662, ¶ 16. Plaintiff doesn't plausibly allege duty, breach, or proximate cause. Although the SAC includes conclusory damages allegations, alleged injury alone is not enough to state a negligence claim. *See* SAC ¶ 126.

First, Plaintiff doesn't allege any relationship with Reddit that would give rise to a duty to prevent reputational or economic harm allegedly caused by third-party speech. When determining if a duty exists under Illinois law, "courts ask whether a plaintiff and a defendant stood in such a relationship to one another that the law imposed upon the defendant an obligation of reasonable conduct for the benefit of the plaintiff." *D'Ambrosio*, 783 F. Supp. 3d at 1099–1000 & n.13 (citation omitted and cleaned up) (whether such a duty exists between an online platform and its users is "not evident based on the case law"). Numerous courts have declined to impose a duty of care from online services to their users or the public regarding potentially harmful third-party content. *See Klayman v. Zuckerberg,* 753 F.3d 1354, 1360 (D.C. Cir. 2014) (no special relationship between Facebook and its users); *Winter v. Facebook, Inc.,* 2021 WL 5446733, at *6 (E.D. Mo. Nov. 22, 2021) (dismissing negligence claim against Facebook and TikTok because no duty of care existed for alleged victims of abusive posts); *Ginsberg v. Google Inc.,* 586 F. Supp. 3d 998, 1009 (N.D. Cal. 2022) ("Google does not owe a general duty to the public based on its operation of the Play Store."); *see also Dyroff v. Ultimate Software Grp., Inc.,* 934 F.3d 1093, 1101 (9th Cir. 2019) (no website "could function if a duty of care was created" anytime the service facilitated "communication . . . of its users' content"). Plaintiff

alleges precisely the sort of wide-ranging duty of care these courts rejected. He claims that Reddit was required to design its platform for third-party speech in a manner that minimized the risk of harm to him. *See* SAC ¶¶ 123–24.

Second, Plaintiff doesn't adequately plead any breach. Even if Reddit owed Plaintiff a duty (which it does not), Plaintiff's conclusory assertion that the post is false doesn't plausibly establish a breach by Reddit. *See id.* ¶¶ 44–45 and 124–125 (alleging the post was false without any supporting detail). While the SAC alleges that Plaintiff's takedown demand gave Reddit "actual knowledge" that the post was false, courts have repeatedly recognized that a plaintiff's denial of a statement, without more, doesn't establish knowledge of falsity in the defamation context. *See, e.g.*, *Brimelow v. N.Y. Times Co.*, 2021 WL 4901969, at *3 (2d Cir. Oct. 21, 2021) ("[I]t is well settled that denials without more do not support a plausible claim of actual malice.") (collecting cases). Although the SAC alleges that Plaintiff has unspecified "documentary evidence" establishing the post's falsity (*see* SAC ¶ 45), it doesn't attach or describe that evidence or allege facts showing that Reddit knew the post was false. Even accepting the SAC's allegations as true, Plaintiff doesn't allege sufficient facts to show that Reddit knew the post was untrue—as opposed to knowledge that *Plaintiff disputed the post's accuracy*.

Next, the SAC fails to show that Reddit proximately caused the alleged injuries arising from the user's post. A platform's making available or helping disseminate third-party content is not enough to establish causation. *See, e.g.*, *Chi. Lawyers' Comm. for Civil Rights Under Law, Inc. v. Craigslist, Inc.*, 519 F.3d 666, 671 (7th Cir. 2008), as amended (May 2, 2008) ("Doubtless craiglist plays a causal role in the sense that no one could post a discriminatory ad if craigslist did not offer a forum. ***That is not, however, a useful definition of cause***.") (emphasis added); *Crosby v. Twitter, Inc.,* 921 F.3d 617, 625 (6th Cir. 2019) (affirming dismissal for lack

of causation against online services regarding dissemination of terrorism content). Plaintiff's alleged injuries depend on the *third-party author*'s content and on independent third-party reactions to that content, not on any cognizable negligent conduct by Reddit. SAC ¶¶ 125–26. Accordingly, even if a duty from Reddit to Plaintiff existed—which it does not—the SAC cannot plausibly allege causation based on Reddit allowing an anonymous post to remain visible when faced with only Plaintiff's unsubstantiated claim that the post was false.

Finally, Plaintiff's damage allegations are not only conclusory, but also at most allege an *economic* injury, which generally cannot be recovered through a theory of negligence under Illinois law. *See Moorman Mfg. Co. v. Nat'l Tank Co.*, 91 Ill. 2d 69, 86–88 (1982) (collecting cases). To the extent the SAC attempts to allege a physical injury, it alleges no facts in support. *See Mink v. Univ. of Chicago*, 460 F. Supp. 713, 716 n.2 (N.D. Ill. 1978) (negligence theory failed where, "[w]ith the exception of a conclusory statement of reproductive tract abnormalities," the complaint alleged no physical injury and no "specific physical injury to any named plaintiff").

Plaintiff's attempt to plead "negligence after notice" (Count IV) also fails. No such cause of action exists, and the claim depends upon the same theory that fails to support Count III. *See* SAC ¶¶ 128–129. The cases Plaintiff cites in the SAC don't recognize or support a "negligence after notice" theory. The SAC primarily relies on *Guvenoz v. Target Corp.*, 2015 IL App (1st) 133940. *See* SAC ¶¶ 129-131. *Guvenoz* addressed product-liability duties allegedly owed by drug manufacturers and distributors to consumers who purchased and ingested the product. *See* 2015 IL App (1st) 133940, ¶¶ 12-13. It didn't recognize a separate cause of action for "negligence after notice," and it didn't hold that defendants owe a tort duty to every third party who may be affected by others' use of a product or service.

### 3. Plaintiff Fails to State an Illinois Consumer Fraud Act Claim.

Plaintiff's Illinois Consumer Fraud Act ("ICFA") claim fails because he doesn't allege that he suffered an injury from any deceptive or unfair practice Reddit directed to him in trade or commerce. To state a claim under the ICFA, a plaintiff must plead "(1) a deceptive act or practice by defendant; (2) defendant's intent that plaintiff rely on the deception; and (3) that the deception occurred in the course of conduct involving trade and commerce." *Connick v. Suzuki Motor Co.*, 174 Ill. 2d 482, 501 (1996) (citations omitted); *see* 815 ILCS 505/2. Further, because Plaintiff's ICFA claim sounds in fraud, Rule 9(b) requires him to plead the alleged deception with particularity, including the "who, what, when, where, and how" of the fraud. *See* Fed. R. Civ. P. 9(b); *Camasta v. Jos. A. Bank Clothiers, Inc.*, 761 F.3d 732, 736–37 (7th Cir. 2014).

The ICFA defines "trade" and "commerce" as "the advertising, offering for sale, sale, or distribution of any services and any property, tangible or intangible, real, personal or mixed, and any other article, commodity, or thing of value," including trade or commerce directly or indirectly affecting Illinois residents. 815 ILCS 505/1(f). "[A] valid claim must show that the consumer fraud proximately caused plaintiff's injury." *Connick*, 174 Ill. 2d at 501 (citations omitted). Where the claim rests on an omission or concealment, the omitted fact must concern "the type of information upon which a buyer would be expected to rely in making a decision" or be information the buyer would have acted differently had he known. *Id.* at 504–05.

Plaintiff's allegations don't satisfy these requirements. The SAC doesn't identify any specific statement Plaintiff claims was deceptive that he actually saw or plead facts showing Reddit intended *him* to rely on that statement. Nor does it allege that Plaintiff was a "buyer" or even entered into any transaction with Reddit, leaving it unclear how any alleged deception occurred in connection with "trade" or "commerce." *See* SAC ¶¶ 8–11, 16–20, 140. While

Plaintiff alleges that Reddit's statements were material to "consumers' decisions to use Reddit's platform and to rely on Reddit's reporting mechanisms," he doesn't allege that they influenced a decision to transact with Reddit, and his allegation that he's contesting a third-party post undermines any argument that *he* transacted with or was influenced in any way by Reddit. *See id.* ¶ 140.

Nor does Plaintiff plausibly allege that any purported deception caused his alleged injuries. Plaintiff's allegation that his injury was "not reasonably avoidable" because he relied on Reddit's reporting mechanisms is contradicted by his own chronology. *Id.* ¶ 144. According to the SAC, the challenged post, its alleged amplification, and Plaintiff's alleged injuries all predated his report to Reddit. He doesn't allege that Reddit's statements induced him to use Reddit before the alleged harm occurred or could have prevented an unknown third party from posting the challenged statement. He doesn't claim that any algorithmic amplification or indexing giving rise to his alleged injuries occurred *after* he reported the post to Reddit. *See id.* ¶¶ 46–67. At most, the SAC alleges that Plaintiff expected Reddit to remove or limit distribution of the post after he complained. *See id.* ¶¶ 61–67, 139–145.

Additionally, Reddit *does* advise that it will not necessarily review, much less remove, material that is the subject of a complaint. *See* RJN, Ex. B at 4, 10–11 (Reddit "encourage[s]" users to report content or conduct they believe violates the Terms or Reddit Rules, but "reserve[s] the right to review, screen, edit, or monitor" content, does "not necessarily review all of it," and "may, in [its] sole discretion" delete or remove content.). The SAC lacks any allegation explaining how Plaintiff's use of a reporting mechanism that *anyone* may use—whether or not they have a Reddit account—constitutes a consumer transaction or proximately caused his alleged injuries. *See id.*, Ex. D (takedown request form available to the general public,

not only Reddit users). Disappointment with the outcome of a content report is not consumer fraud.

**4. Plaintiff Fails to State a Claim for Intentional Interference with Prospective Economic Advantage.**

Plaintiff's intentional interference with prospective economic advantage ("IIPEA") claim (Count VI) fails because he doesn't plead facts showing that Reddit knew of, targeted, or intentionally interfered with any specific prospective business relationship. To prevail on his IIPEA claim, Plaintiff must prove: "(1) his reasonable expectation of entering into a valid business relationship; (2) the defendant's knowledge of the plaintiff's expectancy; (3) purposeful interference by the defendant that prevents the plaintiff's legitimate expectancy from ripening into a valid business relationship; and (4) damages to the plaintiff resulting from such interference." *Fellhauer v. City of Geneva*, 142 Ill. 2d 495, 511 (1991) (collecting cases). "A plaintiff states a cause of action only if he alleges a business expectancy with a specific third party as well as action by the defendant directed towards that third party." *Associated Underwriters of Am. Agency, Inc. v. McCarthy*, 356 Ill. App. 3d 1010, 1020 (2005); *see, e.g.*, *Douglas Theater Corp. v. Chicago Title & Tr. Co.*, 288 Ill. App. 3d 880, 888 (1997) (affirming dismissal of IIPEA claim where plaintiff "failed to allege any conduct by [defendants] *directed at third parties*") (emphasis added).

The SAC doesn't allege that Reddit knew or did anything relevant to the elements of an IIPEA claim. Plaintiff doesn't allege that Reddit knew of (1) any job offers to him, (2) the identities of any prospective employers, or (3) Plaintiff's job search (much less any prospective employers). Instead, Plaintiff alleges that Reddit should have broadly foreseen that in the event he sought new employment, ***any*** potential employer might conduct internet searches of job candidates, encounter a comment posted on (and allegedly amplified by) Reddit, and make

employment decisions based on that comment. *See* SAC ¶ 148. Nor do Plaintiff's allegations that Reddit amplified and distributed the post show that Reddit directed any conduct to employers who withheld or rescinded job offers *to Plaintiff*. *See id.* ¶ 149 (the post reached various third parties "*including* prospective employers") (emphasis added).

Count VI also fails on causation. Plaintiff alleges that at least two job offers were rescinded after prospective employers discovered the "algorithmically amplified defamatory statement" during a background search. *Id.* ¶ 151. Even accepting those allegations, Plaintiff doesn't allege that Reddit knew the prospective employer's identity or the pending offer, communicated with the employer, targeted the employer, or acted for the purpose of disrupting that relationship. Nor does he plead facts showing that Reddit's conduct—rather than the third-party author's speech, Google search results, direct access, third-party sharing, or independent decisions by potential employers—prevented any specific expectancy from ripening into a business relationship.

**B. The Communications Decency Act Bars Plaintiff's Claims.**

Further, Plaintiff's lawsuit in its entirety is barred because the SAC establishes Reddit's affirmative defense under Section 230 of the CDA for publishing content created by third parties. *See* 47 U.S.C. § 230(c)(1).

Section 230(c)(1) provides that "[n]o provider or user of an interactive computer service shall be treated as the publisher or speaker of any information provided by another information content provider." 47 U.S.C. § 230(c)(1). The CDA's preemption provision further states that "[n]o cause of action may be brought and no liability may be imposed under any State or local law that is inconsistent with this section." *Id.* § 230(e)(3).

It is black-letter law that an ICS like Reddit cannot be held liable for making available third-party user content. As the Seventh Circuit has explained, "[t]his means that for purposes of defamation and other related theories of liability, a company . . . cannot be considered the publisher of information simply because the company hosts an online forum for third-party users to submit comments." *Huon v. Denton*, 841 F.3d 733, 742 (7th Cir. 2016); *see also Chi. Lawyers' Comm.*, 519 F.3d at 671–72 (Craigslist "is not the author of the ads and could not be treated as the 'speaker' of the posters' words, given § 230(c)(1)"); *Doe v. GTE Corp.*, 347 F.3d 655, 658–59 (7th Cir. 2003) (explaining that "entities that know the information's content do not become liable for the [user's] deeds," and noting that § 230(c) preempts contrary state law).

The Seventh Circuit applies Section 230 as an "affirmative defense" that courts may resolve at the pleadings stage when the complaint's factual allegations unambiguously establish all elements of the defense. *Salesforce.com,* 76 F.4th at 566; *see also Hyson USA, Inc. v. Hyson 2U, Ltd.*, 821 F.3d 935, 939 (7th Cir. 2016) (while a plaintiff "ordinarily need not anticipate and attempt to plead around affirmative defenses," dismissal is still appropriate if "the factual allegations in the complaint unambiguously establish all the elements of the defense"). "That affirmative defense requires a civil defendant to establish three elements: (1) the defendant is the 'provider or user of an interactive computer service,' and (2) the defendant is being 'treated as the publisher or speaker' of (3) 'information provided by another information content provider.'" *Id.* (quoting 47 U.S.C. § 230(c)(1)). As set forth below, Reddit meets each of these requirements.

**1. Reddit provides an interactive computer service.**

There is no dispute that Reddit is an ICS under the CDA. An ICS is "any information service, system, or access software provider that provides or enables computer access by multiple users to a computer server[.]" 47 U.S.C. § 230(f)(2). The SAC's allegations establish

that Reddit provides an ICS. Plaintiff alleges that Reddit operates an online forum and discussion platform, accessible through a website and mobile applications, where users can post content and engage in discussions, which squarely fits the statutory definition. *See* SAC ¶¶ 9; 16–17. Courts also have consistently held that Reddit is an ICS that enables users to communicate via an online platform. *See, e.g.*, *Does 1-6 v. Reddit, Inc.*, 51 F.4th 1137, 1139 (9th Cir. 2022) ("Reddit is an 'interactive computer services' provider[.]"); *Rogozinski v. Reddit, Inc.*, 2023 WL 4475581, at *7 (N.D. Cal. July 11, 2023) (same).

**2. Plaintiff's claims treat Reddit as a publisher of third-party content.**

The second element of Reddit's Section 230 affirmative defense is likewise apparent from the SAC because Plaintiff seeks to hold Reddit liable for quintessential publisher conduct: deciding whether or how to display, sort, or remove third-party content. The CDA bars "lawsuits seeking to hold a service provider liable for a publisher's traditional editorial functions—such as deciding whether to publish, withdraw, postpone or alter content." *Great N. Ins. Co. v. Amazon.com, Inc.*, 524 F. Supp. 3d 852, 859–60 (N.D. Ill. 2021) (quoting *Zeran v. Am. Online, Inc.*, 129 F.3d 327, 330 (4th Cir. 1997)); *see also Chi. Lawyers' Comm.*, 519 F.3d at 669-71 (CDA barred a claim alleging that Craigslist was liable for discriminatory housing advertisements that its users posted on its website). In deciding whether Section 230 applies, courts must "examine each claim to determine whether a plaintiff's *theory of liability*"—not the labels attached to the causes of action—"would treat a defendant as a publisher or speaker of third-party content." *Calise v. Meta Platforms, Inc.*, 103 F.4th 732, 740 (9th Cir. 2024) (emphasis in original) (citation omitted).

Plaintiff doesn't allege that Reddit wrote, edited, or otherwise created the post at issue. *See* SAC ¶ 36 (alleging that an "unknown user posted" the statement). Rather, each claim against

Reddit seeks to impose liability for displaying and not removing a user's post. *See id.* ¶ 66 (alleging the statement was "posted on Reddit's website" including after Plaintiff requested removal). Deciding whether to remove content is a quintessential publisher function that Section 230 protects. *See, e.g.*, *Great N. Ins. Co.*, 524 F. Supp. 3d at 859–60. Each of Plaintiff's claims rests on the same idea: Reddit is liable because it didn't exercise its editorial discretion to remove a user's post.

**a. "Algorithmic amplification" is a publisher function under Section 230.**

Plaintiff seeks to circumvent Section 230 by alleging that Reddit's algorithms can select and amplify third-party content. Specifically, he claims that Reddit's "algorithmic content recommendation and amplification system," (SAC ¶ 22) "makes editorial decisions about which content to display to which users, in what order, and with what prominence." *Id.* ¶ 23.

This argument falls flat because "algorithmic amplification" is quintessential editorial activity. Section 230 ***broadly*** protects "editorial choices" about "where . . . content should reside and to whom it should be shown"—including whether to "target the third-party content displayed to users." *Force v. Facebook, Inc.*, 934 F.3d 53, 66–67 (2d Cir. 2019); *accord M.P. ex rel. Pinckney v. Meta Platforms, Inc.*, 127 F.4th 516, 526 (4th Cir. 2025) ("acts of arranging and sorting content are integral to the function of publishing"), *cert. denied sub nom. M.P. ex rel. Pin v. Meta Platforms Inc.*, 146 S. Ct. 287 (2025) ; *Doe 1 v. Twitter, Inc.*, 148 F.4th 635, 646 (9th Cir. 2025) (a "claim treated the website as a publisher of third-party content, even if the website's tools helped disseminate and promote that content"), *cert. denied sub nom. Doe v. X Corp.*, 2026 WL 1377104 (U.S. May 18, 2026); *Dyroff*, 934 F.3d at 1098 (defendant "acting as a publisher" by "recommending user groups and sending email notifications"); *Moody v. NetChoice, LLC*, 603 U.S. 707, 734–40 (2024) (platforms exercise "editorial judgment" through

"selection and ranking" of third-party content). Indeed, in defining the kinds of ICSs protected by Section 230, the statute expressly covers "tools" that "filter," "pick," "choose," "digest," and "organize" content. 47 U.S.C. § 230(f)(4)(A)-(C).

That's what algorithms do. They facilitate an ICS's ability to "select[] and rank[]" content for users to view, based on a variety of factors, including "on a user's expressed interests and past activities." *Moody*, 603 U.S. at 734-35. Courts therefore have repeatedly held that an ICS acts as a publisher of third-party information—and therefore is protected by Section 230—"when it uses tools such as algorithms that are designed to match that information with a consumer's interests." *Force*, 934 F.3d at 66; *accord Doe 1 v. Meta Platforms, Inc.*, 174 F.4th 1159*,* 1170 (9th Cir. 2026) ("recommend[ing] content to users to maximize engagement . . . is publishing conduct"); *M.P.*, 127 F.4th at 526; *Gonzalez v. Google LLC*, 2 F.4th 871, 896 (9th Cir. 2021), *vacated on other grounds*, 598 U.S. 617 (2023); *Dyroff*, 934 F.3d at 1098; *Marshall's Locksmith Serv. v. Google, LLC*, 925 F.3d 1263, 1270-71 (D.C. Cir. 2019).

Nor do Reddit's publishing decisions fall outside Section 230's protections simply because they have "a goal [of] increasing consumer engagement." *M.P.*, 127 F.4th at 526; *see* SAC ¶¶ 24–27 (alleging that Reddit's algorithm seeks to "maximize user engagement by . . . promoting content that is likely to generate strong emotional reactions"). Just as "newspaper editors choose what articles merit inclusion on their front page" with the "goal [of] increasing consumer engagement," ICSs' use of "an algorithm to achieve the same result . . . does not change the underlying nature of the act that it is performing": publishing. *M.P.*, 127 F.4th at 526. As the Second Circuit observed, "it would turn Section 230(c)(1) upside down to hold that Congress intended that when publishers of third-party content become especially adept at performing the functions of publishers, they are no longer immunized from civil liability."

*Force*, 934 F.3d at 67. Indeed, Section 230 was enacted to shield ICSs from liability for making editorial decisions about third-party content. *See, e.g.*, *Zeran*, 129 F.3d at 331 ("The amount of information communicated via interactive computer services is therefore staggering. The specter of tort liability in an area of such prolific speech would have an obvious chilling effect," and "Congress . . . chose to immunize service providers to avoid any such restrictive effect.").

Accordingly, Plaintiff's claim that Reddit's algorithm "selects, curates, ranks, and displays third-party content to users based on predicted user engagement, user preferences, content characteristics, and other algorithmic criteria" (SAC ¶ 22) simply challenges acts of "arranging and sorting content [that] are integral to the function of publishing." *M.P.*, 127 F.4th at 526. As in *M.P.*, Plaintiff's allegations about algorithms are explicitly content-based. He alleges that Reddit "amplified" the post (SAC ¶¶ 49, 54, 58, 110, 147, 150, 151), made "editorial decisions" about displaying and "recommending" it (*id.* ¶¶ 23, 49), and continued to "amplify" and "distribute" it after receiving his removal demand (*id.* ¶¶ 52, 67, 101). He also alleges that Reddit makes such decisions about *all* third-party content on its platform—not only about the post at issue. *See* SAC ¶¶ 22–23. Section 230 bars such an attempt to impose liability for publishing material created and posted by others.

**b. Each of the SAC's claims targets publisher activities.**

Plaintiff's theories apply different labels to the same core theory: Reddit should have exercised publisher discretion differently as to the challenged third-party post. *See* SAC Counts I–VI. Plaintiff recasts the theory as products liability, negligence, consumer fraud, and intentional interference, but Section 230 requires courts to look beyond claims' labels to their substance. *See Calise*, 103 F.4th at 740. Across all of Plaintiff's claims, the alleged wrong concerns Reddit's publication, ranking, and non-removal of a third party's post.

Specifically, Counts I and II challenge Reddit's alleged design and operation of content-ranking, recommendation, reporting, review, and de-amplification systems. *See* SAC ¶¶ 107–108, 114, 116–119. Counts III and IV allege that Reddit had duties to investigate reports, stop algorithmic amplification, and remove the post after Plaintiff demanded removal. *See id.* ¶¶ 123–124, 128–130. Count V alleges that Reddit misrepresented its content-moderation and reporting practices because it allegedly failed to enforce its policies, failed to provide effective reporting mechanisms, and continued to amplify reported content. *See id.* ¶¶ 139–145. Count VI alleges intentional interference based on Reddit's alleged algorithmic distribution of the post and refusal to remove it after Plaintiff's demand. *See id.* ¶¶ 148–151.

Those are publisher functions. *See M.P.*, 127 F.4th at 526 ("Acts of arranging and sorting content are integral to the function of publishing."). Accordingly, adjudicating Plaintiff's claims would require this Court to decide whether Reddit should have treated a third-party post differently in its capacity as publisher. *See Great N. Ins. Co.*, 524 F. Supp. 3d at 859–60. (protected editorial functions include "deciding whether to publish, withdraw, postpone or alter content"). Section 230 bars such claims, whatever labels Plaintiff attach to them.

**3. The post was created by an unrelated third party.**

There's also no dispute that the CDA's third requirement is satisfied here, because the post is third-party content that Reddit didn't author, edit, or otherwise create. 47 U.S.C. § 230(c)(1); *accord Sikhs for Just. "SFJ", Inc. v. Facebook, Inc.*, 144 F. Supp. 3d 1088, 1094 (N.D. Cal. 2015) ("third-party content" is "content created entirely by individuals . . . other than the interactive computer service provider" (citation modified)), *aff'd,* 697 F. App'x 526 (9th Cir. 2017). An ICS "does not create or develop content when it merely provides a neutral means by

which third parties can post information of their own independent choosing online." *Klayman*, 753 F.3d at 1358.

The SAC attributes the post to an anonymous speaker, not Reddit. Plaintiff claims that "an unknown user posted a statement . . . that was false and defamatory." SAC ¶ 36. Allegations that Reddit used an algorithm to sort or display the post are not allegations that Reddit created the post. The Supreme Court concluded in *Moody* that an ICS's decisions about how to display, order, and organize third-party content are "expressive choices" that "receive First Amendment protection." 603 U.S. at 740. But it did *not* hold that those choices cease to be publisher functions under Section 230 simply because they are expressive. Nor does merely labeling Reddit's ranking and recommendation systems "first-party conduct" resolve the defect, because the material at issue remains a third-party's post. SAC ¶ 53.

Accordingly, the face of the SAC establishes each element of Reddit's affirmative defense under Section 230(c)(1): Reddit is an ICS that Plaintiff seeks to hold accountable for traditional publisher decisions about third-party content. Because the defense's applicability is apparent from the SAC itself, Plaintiff's claims against Reddit are barred as a matter of law. And because Plaintiff's theories against Reddit depend on the Court adjudicating Reddit's decision to display, recommend, or otherwise alter its treatment of third-party content, further amendment of the SAC would be futile. The SAC should therefore be dismissed in its entirety with prejudice.

### C. The First Amendment Bars Plaintiff's Claims.

Plaintiff's claims are also barred by the First Amendment of the United States Constitution. Reddit has a constitutionally-protected right to decide which speech to allow on its platform because "ordering a party to provide a forum for someone else's views implicates the First Amendment." *Moody*, 603 U.S. at 728; *see also, e.g., Langdon v. Google, Inc.*, 474 F. Supp.

2d 622, 630–31 (D. Del. 2007) (dismissing claims against Google for its "editorial decisions" regarding third-party content as precluded by the First Amendment and CDA); *La'Tiejira v. Facebook, Inc.*, 272 F. Supp. 3d 981, 991 (S.D. Tex. 2017) (Facebook has a "First Amendment right to decide what to publish and what not to publish on its platform" (collecting cases)), *appeal dismissed*, 2018 WL 1224417 (5th Cir. Feb. 15, 2018); *Jian Zhang v. Baidu.com Inc.*, 10 F. Supp. 3d 433, 435 (S.D.N.Y. 2014) (dismissing case where relief sought would violate search engine's First Amendment rights). "Every method of displaying content involves editorial judgments regarding which content to display and where on the platforms" and so "is constitutionally protected speech." *Patterson v. Meta Platforms, Inc.*, 239 N.Y.S.3d 726, 733–34 (App. Div. 2025).

Plaintiff's own theory targets Reddit's editorial choices about third-party speech. The SAC alleges that Reddit's algorithm "actively makes editorial decisions about which content to display to which users, in what order, and with what prominence." SAC ¶ 23. *Moody* holds that platforms' "choices about what third-party speech to display and how to display it" are protected by the First Amendment. 603 U.S. at 716. Plaintiff seeks damages and injunctive relief based on Reddit's alleged selection, ranking, recommendation, amplification, moderation, and non-removal of third-party content. That requested relief would directly regulate Reddit's editorial choices about what third-party speech to display and how to display it.

Here, Plaintiff seeks damages and injunctive relief requiring Reddit to remove a user's post, refrain from algorithmically amplifying or distributing the content, and implement safeguards governing how Reddit treats allegedly false or harmful content. *See* SAC Prayer for Relief ¶¶ A–J. He bases his request on allegations about how Reddit selects, ranks, displays, curates, recommends, distributes, moderates, and presents third-party content—precisely the

activities *Moody* holds are protected publisher functions. *See* SAC ¶¶ 22, 23, 49, 52, 54, 58, 67, 98, 110, 147, 150, 151. Accordingly, the sought relief would directly regulate, and hold Reddit liable for, editorial choices about what third-party speech Reddit displays on its platform and how it displays that speech. The First Amendment prohibits that intrusion into Reddit's decisions about what speech it allows on-platform.

## V. CONCLUSION

Reddit respectfully requests that the Court dismiss the SAC with prejudice. Plaintiff has had three opportunities to state a claim against Reddit, but he still has not plausibly alleged any cause of action. All theories impermissibly seek liability for publishing third-party content.

Dated: September 21, 2026

Respectfully submitted,

By: *s/ Benjamin S. Thomassen*

Benjamin S. Thomassen (Illinois Bar No. 6307169)
Ben.Thomassen@zwillgen.com
ZWILLGEN PLLC
1 North LaSalle Street, Suite 4600
Chicago, IL 60602
Phone: (312) 685-2278

*Attorney for Defendant Reddit, Inc.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(B)(4)(c), I certify that this memorandum complies with the type volume limitation of Local Rule 7.1(b)(4)(b) in that it contains no more than 7,000 words. The memorandum contains 6,999 words, which includes all headings, footnotes, and quotations.

*s/ Benjamin S. Thomassen*
Benjamin Thomassen

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record herein, hereby certifies that on September 21, 2026, the foregoing **DEFENDANT REDDIT, INC.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** was electronically filed with the Clerk of the U.S. District Court for the Central District of Illinois using the CM/ECF System, which will send notification of such filing to the following:

Patrick Karpowski, Pro Se
190 Yordy Rd, Apt 102
Morton, IL 61550
Phone: (309) 269-4814
Email: lawrecorder@gmail.com

Date: September 21, 2026

*s/ Benjamin S. Thomassen*
Benjamin S. Thomassen (Illinois Bar No. 6307169)
Ben.Thomassen@zwillgen.com
ZWILLGEN PLLC
1 North LaSalle Street, Suite 4600
Chicago, IL 60602
Phone: (312) 685-2278

*Attorney for Defendant*
*Reddit, Inc.*